UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | October 24, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR ORDER COMPELLING
DISCLOSURE AND DISCOVERY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the Defendants respectfully move for an order compelling the Plaintiffs to respond to Defendants' written discovery requests and file their Initial Disclosure(s). In accordance with Rules 9(a) and (d) of the Local Rules of Civil Procedure, the Defendants' Motion is supported by the memorandum of law filed herewith, the annexed Exhibits, and an Affidavit by the undersigned counsel certifying that good faith attempts have been made to confer with Plaintiffs' counsel and resolve these issues without Court intervention.

**ORAL ARGUMENT REQUESTED**

...

Attorneys for Defendants

PEPPERIDGE FARM, INC., A SUBSIDIARY OF THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

_____
Patricia E. Reilly ct08352
Elizabeth K. Andrews ct20986
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8479
Fax:     (203) 789-8069
E-mail:  reilly@tylercooper.com
         eandrews@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut 06604

on this 24th day of October 2003.

_____
Elizabeth K. Andrews ct20986

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | October 24, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR ORDER COMPELLING DISCLOSURE AND DISCOVERY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, the Defendants respectfully move for an order compelling the Plaintiffs to respond to Defendants' written discovery requests and file their Initial Disclosure(s). The Defendants motion is supported by the following:

1. Defendants served each Plaintiff with an original set of Requests for Production of Documents on May 12, 2003;

2. Each Plaintiff served Defendants with responses to the May 2003 Requests on August 25, 2003 (a copy of Plaintiffs' responses, which incorporate the Requests, are attached as Exhibit A);

3. Upon reviewing the responses, Defendants noted that the responses of all three Plaintiffs were severely deficient in a number of respects;

4.  On September 25, 2003, the undersigned counsel sent a four-page letter to Plaintiffs' counsel, John I. Bolton, carefully detailing the deficiencies in each Plaintiff's responses. The letter was sent via certified mail, return receipt requested (the letter and return receipt are attached hereto as Exhibit B);

5.  Attorney Bolton failed to respond to the September 25, 2003 letter;

6.  On September 8, 2003, Defendants' served plaintiffs Sofia Tsharides and Marina Giannakova with a Second Set of Requests for Production of Documents. Each set contained eleven identical questions seeking information regarding Plaintiffs' immigration status, an issue raised by Plaintiffs in their Complaint;

7.  On September 29, 2003 Plaintiffs' served Defendants with objections to each and every request contained in Defendants' Second Set of Requests for Production of Documents and refused to supply any responsive information or documents (a copy of Plaintiffs' objections, which incorporate the Requests, are attached as attached as Exhibit C);

8.  On September 30, 2003, Defendants filed their Initial Disclosures as required under the Rules;

9.  On October 9, 2003, the undersigned counsel sent a second letter to Attorney Bolton, via certified mail, return receipt requested (the letter and return receipt are attached as Exhibit D). This second letter again requested complete responses to the Defendants' original Requests for Production. Additionally, the letter detailed the reasons why the requests contained in Defendants' Second Set of Requests for Production were relevant, and requested responses thereto. The letter also requested that Plaintiffs file their Initial Disclosures, as required under the Rules.

2

         Finally, the letter requested that Attorney Bolton contact Defendants' counsel pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure "to discuss whether we can resolve these issues short of filing a motion to compel."

10. Again, Attorney Bolton failed to respond at all;

11. On October 17, 2003, Attorney Patricia Reilly of Tyler, Cooper & Alcorn, LLP sent Attorney Bolton an e-mail, again requesting that he respond to letters from Attorney Andrews attempting to obtain his clients' compliance with discovery (attached as Exhibit E);

12. Again, Attorney Bolton did not respond.

Despite diligent efforts by Defendants' to obtain compliance with routine discovery, Plaintiffs have failed to fully and fairly respond to Defendants' original set of Requests for Production of Documents, have refused to respond substantively to Defendants' Second Set of Requests for Production of Documents at all, have failed to file their Initial Disclosure(s) pursuant to Rule 26(a), and have failed to respond to, or ignored all of Defendants' attempts to resolve these discovery issues amicably.

    Wherefore, the Defendants respectfully request that the Plaintiffs be ordered to (1) fully comply with Defendants' original set of Requests for Production of Documents; (2) fully comply with Defendants' Second Set of Requests for Production of Documents; and (3) file their Initial Disclosures.  In the alternative, the Defendants seek an order dismissing this action.  Defendants also request an order of the Court awarding reasonable attorneys' fees associated with the preparation of this Motion.

Attorneys for Defendants

PEPPERIDGE FARM, INC., A SUBSIDIARY OF THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

_____
Patricia E. Reilly ct08352
Elizabeth K. Andrews ct20986
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8479
Fax:     (203) 789-8069
E-mail:  reilly@tylercooper.com
         eandrews@tylercooper.com

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut 06604

on this 24th day of October 2003.

Elizabeth K. Andrews ct20986

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | * * * | CIVIL ACTION NO: 3:02CV2157(AVC) |
| Plaintiffs, | * * | |
| v. | * * | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | * * * * * | |
| Defendants. | * | October 24, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF ELIZABETH K. ANDREWS IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER COMPELLING DISCLOSURE AND DISCOVERY**

I, Elizabeth K. Andrews, being duly sworn, do hereby declare as follows:

1. I am an attorney with the firm of Tyler Cooper & Alcorn, LLP, counsel for Pepperidge Farm, Inc., The Campbell Soup Company and Roberto Arocho, defendants in this matter.

2. I make this affidavit in support of the Defendants' Motion for Order Compelling Disclosure and Discovery based upon my personal knowledge and involvement in the above-captioned litigation.

3. Attached as Exhibit A to Defendants' moving papers is a true and accurate copy of correspondence to John I. Bolton from Elizabeth K. Andrews, dated September 25, 2003, seeking full and fair compliance with Defendants' original Requests for Production of Documents.

4. Attached as Exhibit B to Defendants' moving papers is a true and accurate copy of correspondence to John I. Bolton from Elizabeth K. Andrews, dated October 9, 2003, again, seeking full and fair compliance with Defendants' original Requests for Production of Documents, seeking compliance with Defendants' Second Set of Requests for Production of Documents, requesting that Plaintiffs file their Initial Disclosure(s) and requesting the Attorney Bolton contact undersigned counsel to discuss these discovery disputes in an attempt to avoid intervention by this Court.

5. Pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure, and Rule 9(d)(2) of the Local Rules of Civil Procedure, the undersigned counsel for the Defendants hereby certifies that she has, in good faith, attempted to confer with Plaintiffs' counsel in an effort to secure the discovery sought without court action. See Exhibits A and B, attached to Defendants' moving papers.

I declare under penalties of perjury that the foregoing is true and correct. Executed at New Haven, Connecticut this 24th day of October 2003.

 

_/s/ Elizabeth K. Andrews_
Elizabeth K. Andrews ct20986
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Phone: (203)-784-8479
Fax:    (203) 789-8069
E-mail:  eandrews@tylercooper.com

3