Form **4506**
(Rev. May 1997)
Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

OMB No. 1545-0429

▶ Read instructions before completing this form.

▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.

**Note:** *Do not* use this form to get **tax account information**. *Instead, see instructions below.*

| | | |
|---|---|---|
| **1a** Name shown on tax form. If a joint return, enter the name shown first. | | **1b** First social security number on tax form or employer identification number (see instructions) |
| **2a** If a joint return, spouse's name shown on tax form | | **2b** Second social security number on tax form |
| **3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code | | |
| **4** Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3 | | |
| **5** If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address | | |
| **6** If we cannot find a record of your tax form and you want the payment refunded to the third party, check here ▶ ☐ | | |
| **7** If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶ | | |

**8** Check only one box to show what you want. There is **no charge** for items 8a, b, and c:

**a** ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).

**b** ☐ Verification of nonfiling.

**c** ☐ Form(s) W-2 information (see instructions).

**d** ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
Note: If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . . ▶ ☐

**9** If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration ☐ Department of Education ☐ Department of Veterans Affairs ☐ Financial institution

**10** Tax form number (Form 1040, 1040A, 941, etc.)

**11** Tax period(s) (year or period ended date). If more than four, see instructions.

**12** Complete only if **line 8d** is checked. Amount due:
**a** Cost for each period . . . . . . . . $ 23.00
**b** Number of tax periods requested on line 11
**c** Total cost. Multiply line 12a by line 12b. . $
*Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

▶ Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Telephone number of requester ( ) / Best time to call

▶ Title (if line 1a above is a corporation, partnership, estate, or trust) | | **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

▶ Spouse's signature | Date |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

**Do not** use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.  Cat. No. 41721E  Form **4506** (Rev. 5-97)

| Form **4506** | **Request for Copy or Transcript of Tax Form** | OMB No. 1545-0429 |
|---|---|---|
| (Rev. May 1997) Department of the Treasury Internal Revenue Service | ▶ Read instructions before completing this form.<br>▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a | Name shown on tax form. If a joint return, enter the name shown first. | 1b | First social security number on tax form or employer identification number (see instructions) |
|---|---|---|---|
| 2a | If a joint return, spouse's name shown on tax form | 2b | Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☐

7  If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8  Check only one box to show what you want. There is **no charge** for items 8a, b, and c:
   a  ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).
   b  ☐ Verification of nonfiling.
   c  ☐ Form(s) W-2 information (see instructions).
   d  ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
      Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| 10 | Tax form number (Form 1040, 1040A, 941, etc.) | 12 | Complete only if **line 8d** is checked. Amount due: | |
|---|---|---|---|---|
| | | a | Cost for each period . . . . . . . | $ 23.00 |
| 11 | Tax period(s) (year or period ended date). If more than four, see instructions. | b | Number of tax periods requested on line 11 | |
| | | c | Total cost. Multiply line 12a by line 12b. . | $ |
| | | | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**
▶ Signature. See instructions. If other than taxpayer, attach authorization document.   Date   Telephone number of requester ( )   Best time to call
  Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature   Date   **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

**Do not** use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat. No. 41721E   Form **4506** (Rev. 5-97)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/s/_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): John Brt~   C. Date of Delivery: 9-26 |
| 1. Article Addressed to:<br>John I Bolton, Esq<br>The Bolton Law Firm, PC<br>300 Fairfield Ave<br>Suite 200A<br>Bridgeport, CT<br>06604-3911 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7099 3400 0003 6435 5846 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Elizabeth K. Andrews, Esq.
TylerCooper & Alcorn, LLP
205 Church St
New Haven, CT
06510

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | |
| v. | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | |
| Defendants. | SEPTEMBER 29, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DATED SEPTEMBER 8, 2003 AND DIRECTED TO PLAINTIFF MARINA GIANNAKOVA**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Defendants PEPPERIDGE FARM, INC., THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, hereby request that the plaintiff, MARINA GIANNAKOVA, produce the documents designated below or provide them for inspection and copying by the undersigned at a mutually agreeable date, time, and place within thirty (30) days of the date of service hereof.

Pursuant to paragraph (b) of Rule 34 of the Federal Rules of Civil Procedure, plaintiff is hereby further requested to serve a written response to these requests within thirty (30) days of service.

I. **INSTRUCTIONS**

A.  The term "DOCUMENT" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). The term "DOCUMENT" includes, but is not limited to, the following: writings, drawings, graphs, charts, photographs, videotapes, tape recordings and other phonorecords, electronic communications and other data compilations from which information can be obtained. A draft or non-identical copy is a separate document within the meaning of this term.

Should you withhold any DOCUMENT or part thereof on the basis of a claim of privilege or other protection against disclosure, you must provide the following information with respect to each DOCUMENT withheld:

1. The basis upon which the privilege is claimed;
2. The identity of the person(s) who authored or produced the DOCUMENT;
3. The identity of the person(s) to whom the DOCUMENT was directed;
4. The identity of each person to whom copies of the DOCUMENT were furnished;
5. The substance of the DOCUMENT with sufficient particularity to enable the court and the parties hereto to identify the DOCUMENT;
6. The identity of the person(s) who has possession or custody of, or control over, the DOCUMENT; and

7.  Whether any non-privileged matter is included in the DOCUMENT.

B.  The definitions and rules of construction for discovery requests set forth in Local Rule 39 apply. See especially the definition of the term "CONCERNING".

C.  The term "COMPLAINT" is defined as the Plaintiffs' Complaint filed on or about December 6, 2002.

## II.  PRODUCTION REQUESTS

1.  Any and all documents relating to your immigration status or presence in the United States, including but not limited to visas and passports.

**OBJECTION**: **The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

2.  Any and all documents evidencing your naturalization.

**OBJECTION**: **The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

3. Any and all documents evidencing your permanent resident status in the United States.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

4. Any and all documents relating to your immigration status, or presence in the United States, which otherwise have not been produced.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

5. Any and all correspondence or communications from the Immigration and Naturalization Service of the United States ("INS"), now known as, Bureau of Citizenship and Immigration Service ("BCIS") or from the U.S. Department of State ("EOIR").

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

6. Copies of any and all Employment Authorization Cards issued by INS or BCIS evidencing authorized periods of employment in the United States.

**OBJECTION**: **The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

7. Any and all documents from an immigration court which considered, adjudicated, approved, or denied your application to remain in the United States or your deportation and exclusion from the United States.

**OBJECTION**: **The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

8. Copies of your social security card.

**OBJECTION**: **The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

9. Any and all documents that you submitted to support any I-9 Forms you have completed for any employer.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

10. Copies of any and all applications or requests submitted to INS or BCIS for any benefits whatsoever you have sought to obtain.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

11. Copies of any and all correspondence between you and the INS or BCIS, or the Department of State from your date of arrival in the United States to the present.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

Attorney for Plaintiffs,

TWANYA PRESLEY
SOFIA TSAHARIDES
MARINA GIANNAKOVA

By: */s/ John I. Bolton/*
John I. Bolton, Esq., **ct08892**
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
e-mail: jbolton@ispwest.com
Their Attorney

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing was sent via first class United States mail this 29th day of September 2003 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

*/s/ John I. Bolton/*
John I. Bolton, Esq. **ct08892**

7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | CIVIL ACTION |
| | NO: 3:02CV2157(AVC) |
| Plaintiffs, | |
| v. | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | |
| Defendants. | SEPTEMBER 29, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DATED SEPTEMBER 8, 2003 AND DIRECTED TO PLAINTIFF SOFIA TSAHARIDES**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the defendants **PEPPERIDGE FARM, INC., THE CAMPBELL SOUP COMPANY and ROBERT AROCHO**, hereby request that the plaintiff, **SOFIA TSAHARIDES,** produce the documents designated below or provide them for inspection and copying by the undersigned at a mutually agreeable date, time, and place within thirty (30) days of the date of service hereof.

Pursuant to paragraph (b) of Rule 34 of the Federal Rules of Civil Procedure, plaintiff is hereby further requested to serve a written response to these requests within thirty (30) days of service.

I.  **INSTRUCTIONS**

A. The term "DOCUMENT" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). The term "DOCUMENT" includes, but is not limited to, the following: writings, drawings, graphs, charts, photographs, videotapes, tape recordings and other phonorecords, electronic communications and other data compilations from which information can be obtained. A draft or non-identical copy is a separate document within the meaning of this term.

Should you withhold any DOCUMENT or part thereof on the basis of a claim of privilege or other protection against disclosure, you must provide the following information with respect to each DOCUMENT withheld:

1. The basis upon which the privilege is claimed;

2. The identity of the person(s) who authored or produced the DOCUMENT;

3. The identity of the person(s) to whom the DOCUMENT was directed;

4. The identity of each person to whom copies of the DOCUMENT were furnished;

5. The substance of the DOCUMENT with sufficient particularity to enable the court and the parties hereto to identify the DOCUMENT;

6. The identity of the person(s) who has possession or custody of, or control over, the DOCUMENT; and

7. Whether any non-privileged matter is included in the DOCUMENT.

B. The definitions and rules of construction for discovery requests set forth in Local Rule 39 apply. See especially the definition of the term "CONCERNING".

C.   The term "COMPLAINT" is defined as the Plaintiffs' Complaint filed on or about December 6, 2002.

## II.   PRODUCTION REQUESTS

1. Any and all documents relating to your immigration status or presence in the United States, including but not limited to visas and passports.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

2. Any and all documents evidencing your naturalization.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

3. Any and all documents evidencing your permanent resident status in the United States.

**OBJECTION**: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.

4.     Any and all documents relating to your immigration status, or presence in the United States, which otherwise have not been produced.

**OBJECTION: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

5.     Any and all correspondence or communications from the Immigration and Naturalization Service of the United States ("INS"), now known as, Bureau of Citizenship and Immigration Service ("BCIS") or from the U.S. Department of State ("EOIR").

**OBJECTION: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**

6.     Copies of any and all Employment Authorization Cards issued by INS or BCIS evidencing authorized periods of employment in the United States.

**OBJECTION: The Plaintiff objects to this Request for Production on the basis that it is overly broad, vague and ambiguous, oppressive, irrelevant and burdensome and pursued for the purposes of annoyance, embarrassment. Moreover, it request documents not reasonably calculated to lead to the discovery of admissible evidence.**