UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 14 P 1:58

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | * * * * | CIVIL ACTION DISTRICT COURT HARTFORD, CT. NO: 3:02CV2157(AVC) |
| Plaintiffs, | * * | |
| v. | * * | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | * * * * * | |
| Defendants. | * | JANUARY 13, 2003 |

**DEFENDANTS' MOTION FOR PERMISSION TO INCREASE PAGE LIMITATION OF SUMMARY JUDGMENT MOTION**

The Defendants hereby move for permission to increase the forty-page limitation for their Memorandum of Law in Support of their Motion for Summary Judgment as established in Local Rule of Civil Procedure 7(a)2 up to sixty pages.

In support of this motion, the undersigned represents as follows:

This case involves three separate plaintiffs and three defendants. Plaintiffs filed a fifteen count Complaint alleging a variety of federal claims under Title VII, as well as several state law claims. The issues raised by Plaintiffs are numerous. Given the number of plaintiffs, as well as the number and complexity of issues raised in Plaintiffs' Complaint, additional pages are necessary to adequately address Plaintiffs' claims in defendants' motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully Submitted,

Attorneys for Defendants

PEPPERIDGE FARM, INC., A SUBSIDIARY OF THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

_____
Patricia E. Reilly ct08352
Elizabeth K. Andrews ct20986
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8479
Fax:    (203) 789-8069
E-mail: reilly@tylercooper.com
        eandrews@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut 06604

on this 13th day of January 2004.

_____
Elizabeth K. Andrews ct20986