UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**January 22, 2004**

**2:30 p.m.**

CASE NO. **3:02CV2157 (AVC) Presley, et al v. Pepperidge Farms, Inc., et al**

Elizabeth K. Andrews
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

John Ivar Bolton
360 Fairfield Ave.
Suite 200
Bridgeport, CT 06604

Patricia E. Reilly
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218