UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 16 P 3: 15
U.S. DISTRICT COURT
HARTFORD, CT.

PRESLEY,
    Plaintiff

- v -                      3:02-2157(AVC)

PEPPERIDGE FARMS,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **January 27, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than January 23, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 16th day of January, 2004.

                              _____
                              Thomas P. Smith
                              United States Magistrate Judge