# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | CIVIL ACTION<br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | |
| v. | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | |
| Defendants. | JANUARY 13, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR PERMISSION TO INCREASE PAGE LIMITATION OF SUMMARY JUDGMENT MOTION**

The Defendants hereby move for permission to increase the forty-page limitation for their Memorandum of Law in Support of their Motion for Summary Judgment as established in Local Rule of Civil Procedure 7(a)2 up to sixty pages.

In support of this motion, the undersigned represents as follows:

This case involves three separate plaintiffs and three defendants. Plaintiffs filed a fifteen count Complaint alleging a variety of federal claims under Title VII, as well as several state law claims. The issues raised by Plaintiffs are numerous. Given the number of plaintiffs, as well as the number and complexity of issues raised in Plaintiffs' Complaint, additional pages are necessary to adequately address Plaintiffs' claims in defendants' motion for summary judgment.

**ORAL ARGUMENT NOT REQUESTED**

January 16, 2004. GRANTED. /s/ Alfred V. Covello U.S.D.J.
SO ORDERED