UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TWANYA PRESLEY, ET AL

V.  CASE NO. 3:02CV02157(AVC)

PEPPERIDGE FARMS, INC., ET AL

### ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on January 27, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this 20th day of January, 2004.

Alfred V. Covello
United States District Judge