UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT

2004 JAN 27 A II: 20

U.S. DISTRICT COURT
HARTFORD, CT.

Twanya Presley, et al.,
    Plaintiffs

  - v -                                   3:02-CV-2157(AVC)

Pepperidge Farms, Inc., et al,
    Defendants


### ORDER

A settlement conference shall be held before the undersigned on **April 1, 2004, at 10:00 a.m.**  The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than March 30, 2004.  **Facsimiles will not be accepted**.

Counsel shall be accompanied by the appropriate persons with **authority to settle**.  See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**Dated at Hartford, Connecticut, this 27th day of January, 2004.**

                        Thomas P. Smith
                        United States Magistrate Judge