02cv2157mocompmemaff

#11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

2003 OCT 27 P 1: 45

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | * * * * | CIVIL ACTION US DISTRICT COURT NO: 3:02CV2157(AVC) HARTFORD CT |
| aintiffs, | * * * | |
| ARM, INC., a subsidiary BELL SOUP COMPANY, L SOUP COMPANY and HO, Individually | * * * * * | |
| )efendants. | * | October 24, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
2004 JAN 29 P 2: 2
U.S. DISTRICT COURT

**DEFENDANTS' MOTION FOR ORDER COMPELLING
DISCLOSURE AND DISCOVERY**

to Rule 37(a) of the Federal Rules of Civil Procedure, the Defendants

'e for an order compelling the Plaintiffs to respond to Defendants' written

its and file their Initial Disclosure(s). In accordance with Rules 9(a) and (d) of

of Civil Procedure, the Defendants' Motion is supported by the memorandum of

th, the annexed Exhibits, and an Affidavit by the undersigned counsel certifying

ttempts have been made to confer with Plaintiffs' counsel and resolve these

ourt intervention.

**IENT REQUESTED**

3:02cv2157 (AVC). As the issues herein have been resolved by agreement of counsel, the motion is denied as moot.

SO ORDERED

Alfred V. Covello, U.S.D.J.