**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | JANUARY 30, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBITS A - I TO
# DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
# THEIR MOTION FOR SUMMARY JUDGMENT

*Submitted by:*
*Counsel THE DEFENDANTS,*
*PEPPERIDGE FARM, INC.,*
*a subsidiary of THE CAMPBELL*
*SOUP COMPANY,*
*THE CAMPBELL SOUP*
*COMPANY and ROBERTO AROCHO*

# EXHIBIT  A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - -X
TWANYA PRESLEY, MARINA GIANNAKOVA
AND SOFIA TSAHARIDES                 :

                    VS               : NO.3:02 CV 2157 (AVC)
                                     :
                                     : NOVEMBER 25,2003
PEPPERIDGE FARMS, INC. a subsidiary:
of THE CAMPBELL SOUP COMPANY, THE   :
CAMPBELL SOUP COMPANY               :
- - - - - - - - - - - - - - - - -X

DEPOSITION OF ROBERTO AROCHO

APPEARANCES:

        FOR THE PLAINTIFFS:
            JOHN BOLTON, ESQ.
            360 FAIRFIELD AVENUE
            BRIDGEPORT, CONNECTICUT 06604

        FOR THE DEFENDANTS:
            PATRICIA REILLY, ESQ.
            TYLER, COOPER & ALCORN
            205 CHURCH STREET
            P.O. BOX 1936
            NEW HAVEN, CONNECTICUT 06509-1910

            MARTIN CHAZIN, ESQ.
            IN HOUSE COUNSEL
            CAMPBELL SOUP COMPANY
            CAMPBELL PLACE
            CAMDEN, NEW JERSEY 08103-1799

        SHIRLEY SAMBROOK - LICENSED COURT REPORTER
                    203   259-5903

1    a good place to work.  They paid good money.  I never heard

2    about it.  I don't even know what it was.  So I just went

3    there.  It was right down the street.  It was a few minutes

4    away from the place I used to be so I just went there.

5        Q     It was a few minutes away from?

6        A     From Ladue.

7        Q     From Bridgeport or from Ladue?  I see.  Okay.

8    And, so, somebody recommended that you look, check out

9    working there?  That's how you knew about it?

10       A     Yes.  They was talking.  Nobody recommended.

11   They was just talking.  The guys in the shipping, they

12   start talking about, you know, that that was a good place.

13   They pay good money.  One of the guys had a friend that

14   work there.  He said he was going to get a job there.  So I

15   say, "Can you get me a job there?"  He say, "Well, first I

16   got to get a job."

17       Q     Okay.  And you applied to work there, is that

18   right, in 1980?

19       A     Yes.

20       Q     79 or 80?

21       A     79.   79.

22       Q     Okay.  And were you hired the first time around?

23       A     No.

24       Q     Were you rejected?

25       A     Well, I wasn't rejected but I guess I had to

1    wait.  You know.  When I went there, I just asked for

2    employment and they say they would call me, you know,

3    because like they use to -- they --  when it was like busy,

4    they would hire people, but they would call me.

5         Q    Do you remember how long you had to wait before

6    you started working there?

7         A    Not too long.  I use to go there every day.  I

8    went there for maybe two weeks, every day.  The lady got

9    tired of me so they set an appointment.

10        Q    So you went there two weeks every day saying you

11   want to job?

12        A    Every day.  She keep on saying, You don't have to

13   come.  I told her, "Look, I'm looking for a job.  I know if

14   you want to get somebody, I want to be that person."

15        Q    I like your persistence.  Okay.  Finally, after

16   two weeks they hired you?

17        A    Yes.

18        Q    Okay.  And what position did you have when they

19   hired you?

20        A    At that time there, it was what they call a

21   production sub.  Actually they hire me but they told me I

22   had to go to a probation time.  That if --  if I don't make

23   it, I won't have no job.

24        Q    And did you go through that probation?

25        A    Yes.

40

1    hasn't happened but it can happen.

2        Q    So he is a production sub, too?

3        A    Yes. I don't know if we call that now. I don't

4    know what we call that now.  But, yes, he is pretty much --

5    That is what it is.

6        Q    Did he have to go through a ninety day

7    probationary period?

8        A    Yes.

9        Q    Okay.  After mixing room,  did you bid for

10   another job?  After your couple of years there?

11       A    I think after that I become team leader.

12       Q    Now, what department were you a team leader in?

13       A    Bread department.

14       Q    And what does a team leader do?

15       A    Team leader, what they do?  They responsible for

16   the, primarily, responsibility is in the mixing room making

17   sure that the employees, you know, have what they need.

18   Any issues, you take care of like with maintenance and help

19   whenever you need.  Guide people.  Train people.

20   Everything.  More responsibility.

21       Q    Now, does the team leader supervise or are they

22   responsible for employees?

23       A    Certain point.  Yes.

24       Q    Tell me to what extent and where it stops.

25       A    Well, you don't --  You will supervise them.  You

41

1    training, if you have to, but discipline, no. You don't

2    have like any issues with points or anything like that.

3    Charge days.   We don't do, you know, counselling.   Things

4    like that.

5        Q    So, it's of a production type of role?

6    Supervisory role?   To get things done or to help people

7    out to move them along?

8        A    Part of it.

9        Q    Tell me more.  What else does a team leader do?

10        A    Well, if the supervisor is out, you- you are the

11    supervisor.

12        Q    Does that happen often?

13        A    Could happen often.   In my case it did because

14    my supervisor got, you know, is sick.   Hurt.   So, I start

15    taking over the department when he was off duty.

16        Q    Who was that?

17        A    George Katrakis.

18        Q    Do you remember what year you became a team

19    leader?

20        A    No.

21        Q    Did you apply or bid to become a team leader or

22    did someone come to you one day and say we want you to be a

23    team leader?

24        A    Well, I apply for it but it was a different

25    location than what I was ask.   They don't give you that

42

1   job.  You have to bid for that job and you have to be

2   interviewed.   But it was, supervisors say, why don't

3   you -- why don't you try to go for team leader, because

4   they feel that I was responsible.  I was doing what I was

5   supposed to.  And I guess they convince you.

6        Q    They convinced you to do it?

7        A    Well, they didn't convince me like you gotta take

8   do it.  It made sense.  It was like, you know what, why

9   not?  I can do it.

10       Q    Do you know what year that was?

11       A    No.

12       Q    Do you know how long you were with the company,

13  when you became a team leader?

14       A    Twelve, thirteen years.  I'm not sure.

15       Q    What shift were you a team leader on?

16       A    p.m.

17       Q    Eleven-thirty to seven-thirty?

18       A    (witness nodded affirmatively)

19       Q    And was that --  was there a higher rate of pay

20  for being a team leader?

21       A    Yes.

22       Q    Do you remember the difference?

23       A    Twenty-five cents.

24       Q    More than what you were making in the dry

25  department?

120

1   anything to apologize for." He said like, "Well, sometimes

2   we used to go for break, she would say that she was

3   complaining about you. Stuff like that." I said, "What?

4   I was like, "Juan, I didn't do nothing. I never said

5   anything to her. She never say anything to me that it

6   was -- she was concerned. Nothing." I say, "I cannot."

7   You know. "Yeah, but if you apologize, she would drop

8   everything. You don't want to go to court." You know. I

9   look. I said, "Juan, if you had to go, but I cannot

10  apologize because I have done nothing. There was never ever

11  that was brought up. Never did I do anything to her. So,

12  I don't have any reason for it." "But sometimes you got,

13  you know how ladies are." I mean, I don't remember word

14  by word because it was -- but it was basically around that

15  area. I told him no, I wouldn't do that. I wouldn't do

16  that.

17      Q   Okay. And, so, just so I understand, you don't

18  recall seeing this document?

19      A   No. I don't recall. This is the statement from

20  Juan? No.

21      Q   Okay?

22      A   First time I seen was when- when we came to --

23      Q   Another deposition?

24      A   Yes.

25      Q   So, that's when you first saw this document?

129

1    like, I'm fine and happy.  I love it.  I go to the park

2    with my kids.  I'm fine.  I don't need that.

3         Q    What kind of things did your wife tell you that

4    Twanya liked to instigate?

5         A    Pretty much that she like to brag about mens look

6    at her and stuff like that.

7         Q    And did you once arrange for a babysitter for

8    your grandchildren so you could go to a company softball

9    game?

10        A    Yes.

11        Q    And then when you found out that Twanya was

12   going, you cancelled your plans?

13        A    Yes. But I tell you what.

14        Q    Well, I have no problem with that.  I just want

15   to know, when did that happen?  When did you make --  when

16   did you change your plans, when you found out about Twanya

17   being at the softball game?

18        A    As soon as I find out.

19        Q    No.  When?  Do you know when it was it?  In July,

20   of 2001?

21        A    It was summer when they were playing ball,

22   Pepperidge Farm.

23        Q    Was it that summer that she claims these things

24   happened to her with you or was it a year before?

25        A    I'm not sure.

# EXHIBIT  B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT



- - - - - - - - - - - - - - - - - - - - x

TWANYA PRESLEY, MARINA GIANNAKOVA,  :
SOFIA TSAHARIDES,
                                      :

              Plaintiffs,             :

                                         Civil Action
          vs.                         :  No. 302CV2157
                                         (AVC)
PEPPERIDGE FARMS, INC., a subsidiary   :
of the CAMPBELL SOUP COMPANY,
ROBERTO AROCHO, Individually,         :

              Defendants.             :

- - - - - - - - - - - - - - - - - - - - x


              Deposition of TWANYA PRESLEY, taken

         pursuant to the Federal Rules of

         Civil Procedure, at the law offices of

         Tyler Cooper & Alcorn, 205 Church Street,

         New Haven, Connecticut, before Janet C.

         Phillips, License #00124, a Registered

         Professional Reporter and Notary Public in

         and for the State of Connecticut, on

         Wednesday, April 23, 2003, at 9:40 a.m.

1    administrative assistant.

2         Q.    Did you work out of your home or did you have

3    to go to another location?

4         A.    No, I had to go to another location.

5         Q.    How long did you work there?

6         A.    I can't recall how long I was there.  About,

7    I'd say like seven months because I stopped working and

8    then I was getting assistance.

9         Q.    State assistance?

10        A.    That's correct.

11        Q.    And for what period of time were you on state

12   assistance?

13·       A.    I was on state assistance from -- well, 1990,

14   I was getting it and then, let's see, I got help up

15   till '95.  I can't recall like how long.

16        Q.    Did you -- after you stopped working at the

17   telemarketing job, did you work at any other location

18   up through 1995?

19        A.    I can't recall.  I think I stayed home.  I

20   believe I stayed home.

21        Q.    And then you began work at Pepperidge Farm in

22   the summer of '96?

23        A.    That's correct, yes.

24        Q.    How did you hear about a job at Pepperidge

25   Farm?

1      A.   Well, my mom and dad was workers -- well, my

2   mom is still a worker at Pepperidge.  My mom and dad

3   was working at the Pepperidge Farm, so --

4      Q.   And what job did you have when you first

5   started in August of '96?

6      A.   I was a production sub.

7      Q.   What departments did you work in?

8      A.   I worked bread and roll department at that

9   time.

10      Q.   Who was your supervisor when you were in that

11   department?

12      A.   Wayne Laraway.

13      Q.   And then you worked there until about

14   sometime in the winter of '98, is that right?

15      A.   Well, I left Pepperidge.

16      Q.   Right.  Do you remember when you left the

17   first time?

18      A.   The first time I left?  I left in -- I

19   believe it was '98.

20      Q.   Do you think it was the winter?

21      A.   I can't recall.

22      Q.   Okay.

23      A.   I don't remember.

24      Q.   Why did you leave?

25      A.   I left Pepperidge because I got my real

1    A.    No, it's always early morning or like in the

2    morning, six o'clock, 6:30.

3    Q.    Okay.  And what happened with the real estate

4    venture?

5    A.    I got my license.  I was their secretary

6    first.  And I became -- I got my real estate license.

7    And I was working on commission only, and it really

8    wasn't working out.

9         So I told my mom and she got in touch with

10   Wayne Laraway, which is the supervisor from Pepperidge

11   Farm, and he told me why don't I just come back and

12   fill out an application and come back to Pepperidge.

13   Q.    What was the real estate agency that you were

14   working for?

15   A.    Re/Max Elite Realty.

16   Q.    In Norwalk?

17   A.    That's correct.

18   Q.    So you reapplied to come back to Pepperidge?

19   A.    Yes.

20   Q.    And do you recall when that was?

21   A.    I believe it was in June of 1999.

22   Q.    And when you first started, what was your

23   position, in June of 1999?

24   A.    I was a production sub.

25   Q.    Same basic job you had had before?

1        A.    That's correct, yes.

2        Q.    Also in the same departments, breads and

3    rolls?

4        A.    Yes.

5        Q.    And who was your supervisor when you started

6    in June of 1999?

7        A.    It was Wayne Laraway.

8        Q.    How long did he remain your supervisor?

9        A.    Until I went to a.m. shift.

10        Q.    Okay.  What shift did you start on?

11        A.    I started on night owl.

12        Q.    And what hours was that?

13        A.    12:42 to 8:42.

14        Q.    And when did you start on a different shift?

15        A.    When did I start on a different shift?  I

16    know it was the year 2000.  I'm not sure.

17        Q.    Do you think it might have been the end of

18    1999, December of 1999?

19        A.    I can't recall.

20        Q.    And do you remember what season it was,

21    winter, spring, summer?

22        A.    No, I can't recall.

23        Q.    Okay.  But you believe it was sometime in

24    2000 --

25        A.    Yes.

1        Q.    -- that you switched to the day shift?

2        A.    Yes.

3        Q.    And what were the hours there?

4        A.    The hours I started with were 8:42 to 4:42.

5        Q.    And so were all three of your children in

6    school at that time?

7        A.    8:42 to 4:42?

8        Q.    Yes.

9        A.    Yes, they were.

10       Q.    And were your girls in high school or --

11   well, no?

12       A.    No.

13       Q.    Did they have an after-school program so that

14   they were in through 4:42; what did you do for the

15   afternoon?

16       A.    Well, the afternoon, my husband was there by

17   three o'clock.

18       Q.    So when you would get home from work after

19   4:42, your husband would be there with the children?

20       A.    That's correct.

21       Q.    And so when you switched to the day shift in

22   2000, who was your supervisor?

23       A.    The day shift was Roberto Arocho.

24       Q.    And tell me what your duties were, which

25   machines you worked, what basically you did as a -- you

1    I just filled in.  So I was the majority of bread

2    production and then finally I went to the mixing and I

3    was in mixing.

4        Q.    So could it have been once a week on rolls or

5    was it less frequently than that?

6        A.    Not once a week.  I'd say like two days out

7    of the week.  About once a week, I'd say.

8        Q.    And you don't recall the exact time period

9    when you started in mixing?

10       A.    No, I don't.

11       Q.    But you believe it was sometime in the year

12   2000?

13       A.    Yes.

14       Q.    Now, how did you -- withdrawn.

15             When you were in mixing, you were still

16   production sub, but working in mixing, correct?

17       A.    That's correct.

18       Q.    And who was your supervisor when you were

19   working in mixing?

20       A.    Roberto Arocho.

21       Q.    Okay.  Now, how did you get placed in the

22   mixing department?

23       A.    Well, Roberto does the schedule, and my name

24   was being a mixer assistant, and that's how I came to

25   be a mixer.  Wherever he placed me, that's where I was

1    at.

2         Q.    Is the hourly rate higher when you work in

3    the mixing department than when you work in the bread

4    department, say, as bagger?

5         A.    As bagger, I don't remember, but I know it's

6    different rates for different jobs that you do.

7         Q.    Okay.  And was the mixing rate the highest

8    rate of all the jobs that you did?

9         A.    I don't think so, no.

10         Q.    What do you think was higher?

11         A.    Working on the molder.

12         Q.    At the time that you moved into the mixing

13    department, had you worked on the molder yet?

14         A.    Yes, I worked on the molder.

15         Q.    Before you moved to mixing, did you have a

16    discussion with Mr. Arocho about whether or not you

17    wanted to be placed in mixing?

18         A.    Yes, I have.

19         Q.    Okay.  Tell me about that discussion.

20         A.    Well, when the guys found out that I was

21    coming into the mixing room, they didn't want me there,

22    they said a woman shouldn't be in the mixing room.  So

23    I was telling Roberto, "I feel very uncomfortable going

24    in there because I don't want the guys to be mad at me

25    and, you know, have a hard time."

1          And he said, "Don't worry about it.  They're

2    wimps.  They just can't handle a woman being in the

3    mixing room.  So just do what you have to do because

4    you have potential and try to learn as much as you

5    can."  So I said "Okay."  I walked out.  So I tried to

6    work in the mixing room.

7          Q.    Did you feel that Mr. Arocho was being

8    supportive of you as a woman to work in the mixing

9    room?

10         A.    Yes, I did.

11         Q.    And he was giving you an opportunity to try

12   to improve or advance your knowledge at Pepperidge?

13         A.    Yes.  He said I had potential to learn every

14   job.

15         Q.    And he was giving you that opportunity?

16         A.    Exactly.

17         Q.    Was it mostly men who worked in the mixing

18   room?

19         A.    Yes.

20         Q.    But the rate of pay in mixing was higher than

21   many of the other jobs that were available?

22         A.    Well, not for mixing assistants, that's what

23   I was doing, but a mixer, yes.

24         Q.    Okay.  So if you became a mixing assistant,

25   you might have the opportunity to move up to being a

1     Q.   Okay.  And then Mr. Arocho from 5:30 until

2  11:30?

3     A.   That's correct.

4     Q.   Now, in the mixing room, you were working

5  side by side with other employees?

6     A.   Yes.

7     Q.   Okay.  And they were all men?

8     A.   Yes.

9     Q.   Okay.  How many people would be in the mixing

10  room at the same time?

11     A.   I can't recall.  Approximately -- it's like

12  over 10 because you have the mixers, the mixer

13  assistants, the ingredient persons.  Over 10.

14     Q.   And you were on friendly or at least

15  professional terms with the men in the mixing room?

16     A.   Yes, I was.

17     Q.   Did you have any complaints about any of

18  their behavior toward you in any way?

19     A.   No, not at all.

20     Q.   And then when you injured your foot, were you

21  out of work for some period of time?

22     A.   Yes, I was.

23     Q.   For what period of time?

24     A.   I think I returned back to work in April of

25  2001.

1      Q.    During that period of time, did Mr. Arocho

2    say or do anything to you that you found inappropriate?

3      A.    During the time of being in there in June?

4      Q.    Correct, from the time you went back in June

5    of 1999 until you got moved to the mixing room?

6      A.    No, not at all.

7      Q.    So nothing during that period of time?

8      A.    No.

9      Q.    Okay.  When you were in the mixing room, did

10   Mr. Arocho say or do anything to you that was

11   inappropriate?

12     A.    No.

13     Q.    So from the time you started in June of 1999

14   up through the time of your accident, February 12th,

15   2001, Mr. Arocho did not say or do anything to you that

16   you considered inappropriate?

17     A.    That's correct.  No.

18     Q.    So any of the allegations that we're talking

19   about that you're making against Mr. Arocho all

20   occurred after your injury --

21     A.    That's correct.

22     Q.    -- and after your return to work, which was

23   about April of '01?

24     A.    That's correct.

25     Q.    So let's talk about your return to work in

54

1    hard to say how long they were there for; is that what

2    you're saying?

3        A.    Exactly.

4        Q.    And during this same period of time,

5    employees could come in and out, they did not have to

6    make an appointment to look at their schedule, right?

7        A.    No.

1    Q.    And did any of the others hear Mr. Arocho --

2    indicate that they heard Mr. Arocho say to you, "I like

3    the way you eat the bread"?

4    A.    No, because where we were standing at we were

5    more closer.  Everybody was more on one side by the

6    door and we were more closer to their sink, which is

7    the opposite way.

8    Q.    What did you say to Mr. Arocho when he said,

9    "I like the way you eat the bread"?

10    A.    I just shrugged my shoulders and I said I'm

11    going to go to processing, 'cause I had to go over

12    there and finish up the HAACP while they cleaned up.

13    Q.    And did you -- how would you characterize

14    that comment?  Was it another one that was just kind of

15    weird?

16    A.    I characterized it like -- I was under the

17    impression like what is he trying to say about me or

18    what is he insinuating.  I didn't know how to really

19    take it.  But I didn't want to, you know, accuse him of

20    something that maybe it was innocent.  So I said let me

21    just leave it alone and see if anything else happens.

22    Q.    Okay.  Did you tell Spencer or Vanessa or

23    Kurt that he made that comment?

24    A.    No, no.

25    Q.    And so you just left the room then?

1      Q.    Did you bring the claim in the Workers' Comp

2   commission before the Workers' Comp Commission saying

3   that you felt that your job was in jeopardy?

4      A.    I don't understand.

5      Q.    You're saying that you thought you were going

6   to lose your job?

7      A.    For the harassment, for me talking about

8   harassment after what Paul said to me about -- after

9   meeting me and saying, "Well, Arnold's is hiring," I

10  felt like, okay, if I talk about a harassment I'm

11  getting or the abuse, what's going to happen?  Are they

12  going to use something to fire me or try to get me out

13  because, I don't know, I was so hurt and abused and

14  embarrassed, shocked, I was like where do I stand, what

15  do I do, who do I turn to?

16     Q.    You knew that the procedure would be to tell

17  HR about this if you wanted to make a complaint about

18  it, right?

19     A.    Yes.

20     Q.    And you didn't have any problems with

21  Maritza, did you, at that point in time?

22     A.    No.  Like I said, I didn't -- I wasn't -- I

23  didn't trust them.  I didn't trust her to tell her.

24     Q.    What was the basis for your mistrust of

25  Maritza?

1    advantage, didn't it?

2         A.    Exactly, yes.

3         Q.    Wasn't it cheating?

4         A.    Yes.

5         Q.    And before you both the job, Vanessa told you

6    that you were the best candidate?

7         A.    I didn't get the job.

8         Q.    No, no, withdrawn.  I apologize.

9              Before you applied for the job, Vanessa told

10   you you were the best candidate?

11        A.    Yes.

12        Q.    Did she know who the other candidates were

13   going to be?

14        A.    Yes, she did.

15        Q.    How did she know that?

16        A.    Because we -- whoever applied for it, so she

17   knew who I was up against.  And she told me my biggest

18   competition was Terry Kydes, but then Terry Kydes

19   turned down the job and he told me good luck.

20        Q.    Did Vanessa tell you that she wasn't the only

21   person to make the decision about who would get the

22   job?

23        A.    Yes, but she said she would definitely put in

24   a good word for who she wanted to work with.

25        Q.    Who else was making a decision about that

1    job?

2        A.    Steve White.

3        Q.    And what was his position, do you know?

4        A.    He's the manager.  I don't know.  I know he's

5    higher up than her.  He's her boss, so she's a

6    supervisor.

7        Q.    Do you know how many people applied for the

8    job?

9        A.    I'm not sure.

10       Q.    And when you didn't get it, you asked her why

11   you didn't get it?

12       A.    When I didn't get it?

13       Q.    Yes, when you did not get the job?

14       A.    No, she sent me a letter.  She sent everybody

15   a letter that didn't get the job.  I didn't ask her

16   anything because that's when she wasn't really talking

17   to me.

18       Q.    When did you learn that you did not get the

19   job?

20       A.    They sent the letter out sometime in

21   September.  I'm not sure, to our homes.

22       Q.    But when you said to her -- so you never --

23   you went back and you said to her what's the matter,

24   and she said, "I don't want to get involved," right?

25       A.    Exactly.

1        A.    Yes.

2        Q.    Okay.  And what did you say to him?

3        A.    I asked him, "Did you tell Vanessa that I

4   wasn't qualified for the job?"  And he said, "Well, I

5   don't think the job is for you, your type of job."  And

6   I said, "Why would you say that?"  And he said,

7   "Because that work is not for you."  So I said, "Oh,

8   but I'm good enough to do your work and help you with

9   your work."

10            Then I just left out and I went back to

11  Vanessa to finish -- it was an interview, actually, to

12  finish up, 'cause I was going to see Steve White for an

13  interview, you know, after work.  So I went upstairs to

14  get changed into an outfit to look presentable for the

15  job and I went upstairs and talked to Steve White.

16       Q.    Also on August 30th or August 31st?

17       A.    Yes, about there, yes.

18       Q.    So you weren't afraid to confront Mr. Arocho

19  about his not recommending you for the job?

20       A.    Well, that's because we were in the

21  processor's office and the door was open and there's

22  people right there.

23       Q.    Was there somebody in the office when you

24  confronted Mr. -- when you discussed with Mr. Arocho,

25  when you discussed this topic with Mr. Arocho, was

1      Q.   Okay.  Were you suing the company for

2   Workers' Comp at that time?

3      A.   No.  I was -- had a Workmen's Comp case, but

4   I don't think it was suing them.

5      Q.   Vanessa also told you that Roberto did not

6   recommend you for the job?

7      A.   That's correct.

8      Q.   But that didn't bother you at the time

9   because you didn't believe that would have any

10   influence over the decision?

11      A.   Well, she told me Roberto didn't recommend me

12   on August 30th or 31st, one of those days.  And I

13   laughed and I said, "Oh, I guess that explains it."

14   And she said, "Explains what"?  Now, mind you, I'm off

15   duty.  We were just talking 'cause I had the interview

16   with Steve and I just finished and I came to talk to

17   her about it.

18      Q.   This was after your interview with Steve?

19      A.   Yes.

20      Q.   I thought you had the conversation with

21   Vanessa before your interview with Steve?

22      A.   Yes, we talked first, and then I went and

23   then after I said, "That explains it."  We talked

24   afterwards, after I talked to Steve.

25      Q.   So you talked to Vanessa before the interview

1    and then you talked to her again afterwards?

2         A.    Exactly.

3         Q.    And when did you talk to Roberto?

4         A.    I talked to Roberto earlier that day when she

5    told me about that, before Roberto went home.

6         Q.    So you talked to her earlier in the day, then

7    you talked to Roberto?

8         A.    Right.

9         Q.    Then you went back and had your interview and

10   then you talked to Vanessa?

11        A.    Right, finished the day with Vanessa.

12        Q.    When she told you, you laughed.  Why did you

13   laugh?

14        A.    Because for her to tell me Roberto made, you

15   know, this thing about me, and I'm like, you know,

16   "You're going by what he's saying, and you know me, you

17   know what I could do."  And I said, "I guess that

18   explains everything."  And she goes, "Why do you say

19   that?"  And I laughed, I said, "Because, you know, I

20   had some incidents with him."

21             And then I proceeded to tell her.  And she

22   says, "Do you know what you're telling me?"  And I

23   said, "Yes, I do."  And I said, "But you know what,

24   that's all right.  You know what I can do and I know

25   what I'm capable of doing for you and working for you,"