1  Mr. Arocho was making comments to you?
2      A.   No.
3      Q.   Why not?
4      A.   Because I felt uncomfortable to talk about
5  things like that to another person.
6      Q.   Did you believe that it was wrong for
7  Mr. Arocho to make such a comment to you?
8      A.   Yes.
9      Q.   Did you know where -- do you know where the
10 front office is, where Human Resources is, the front
11 office where Human Resources is located?
12     A.   Yes.
13     Q.   Okay.  And you knew that you could go to
14 Human Resources if you had a problem on the job?
15     A.   No, I didn't know that.
16              THE WITNESS:  Can I have some water?
17              MS. REILLY:  Of course.
18          (Pause in the proceedings.)
19     Q.   What was your understanding about what Human
20 Resources did?
21     A.   No, I didn't know anything.  I didn't know
22 there was an office that you can go and complain.
23              THE TRANSLATOR:  May I ask one question?
24              MS. REILLY:  Yes.
25              THE TRANSLATOR:  Human Resources, are

1  knee.  When he touched your knee, did he touch it
2  quickly, you know, just like --
3         THE TRANSLATOR:  Pat?
4         MS. REILLY:  Well, that's what I'm
5  trying to figure out.
6     Q.   Let's get back to the knee.  Can you show me
7  what he did?  You don't have to touch anybody's knee,
8  but was it a quick light touch?
9     A.   Like this.
10    Q.   Okay.  So he had his hand on your knee
11 like -- okay.  And then you said you were able to walk
12 away, though?  He didn't hold on when you left,
13 correct?
14    A.   Yes.
15    Q.   And when he touched your hand, will you show
16 with your hands how he touched your hand?
17    A.   Like that.
18    Q.   Okay.  So he put his hand around your hand?
19    A.   Yes.
20    Q.   And where were you when he touched your hand?
21    A.   I was working on the Line 3.  That's how they
22 call it.  We had to change the tickets from the bread.
23 I was there and he came and touched both my hands and
24 he says, "I get nervous when I'm close to you."
25    Q.   Okay.  So now he touched both your hands?

1              him?
2       A.   I said, "Leave me alone."
3       Q.   Okay. And what did he say?
4       A.   He just looked at me, he smiled, and he left.
5       Q.   When he touched your hands or grasped your
6  hands, did you pull your hands away?
7       A.   Naturally.
8       Q.   Did he try to reach for your hands again
9  after you pulled them away?
10      A.   No.
11      Q.   And then he walked away?
12      A.   Yes.
13      Q.   And when do you believe this was? What
14 month?
15      A.   It must be August.
16      Q.   You believe that the -- that he touched your
17 knee and grasped your hands, that both of those
18 incidents happened in August?
19      A.   Yes. It must be these dates because my
20 brother was here at that time, and that's how I
21 remember the dates.
22      Q.   Okay. And did you say anything to anyone
23 after that incident?
24      A.   No.
25      Q.   Did Mr. Arocho do or say anything else to

1  you?

2  A.   I was again on 3 line, I was packing bread,
3  and I was wearing uniform shorts.  He came from behind
4  me, and he started with his leg to rub on mine.  And he
5  was wearing shorts, too.

6  Q.   Okay.  Then what happened?

7  A.   When I felt being touched on the back, I was
8  startled and turned around and said, "What's going on?"

9  Q.   And did he say something?

10 A.   He said something, but I didn't understand
11 what he said.  I was so shocked that I didn't know what
12 hit me.

13 Q.   Okay.  And then what happened?

14 A.   He said something and he moved out -- moved
15 away.

16 Q.   When he touched your legs from behind with
17 his legs, was it both of his legs or only one of his
18 legs that touched yours?

19 A.   He, in the back, he touched this part of the
20 leg and he went like this.

21 Q.   Okay.  So did he rub your leg with his foot?

22 A.   That's what I understood.

23 Q.   And it was the bottom of your leg under your
24 knee?

25 A.   Yes, the calf.

```
 1      Q.   Okay.  And what did Marina say when you told
 2   her?
 3      A.   Marina was there and this guy called
 4   Lefthesarois.
 5      Q.   Is this Lefty?
 6      A.   No, they call him Terry.
 7      Q.   Terry Kydes?  Okay.
 8      A.   This same day, I told Lefthesarios, it's good
 9   that they did that to him because he did the same
10   things to me.  And that's when I told Lefthesarios also
11   about it.
12      Q.   Lefthesarios is Terry, right?
13      A.   Yes.
14      Q.   Can we call him Terry because it's easier for
15   me?
16      A.   Yes.
17      Q.   Did you tell Terry at the same time that you
18   told Marina, was this outside?
19      A.   Yes, we were together, the three.
20      Q.   So it was Marina, Terry and?
21           MS. REILLY:  So it was Marina, Terry and
22           Sofia?
23      A.   Yes.
24      Q.   Was anybody else there?
25      A.   At that time, there was nobody else there,
```

1   but later, this other guy Lefthesarios again,
2   Christofirides came to that table.
3   Q.   Let me make sure I understand.  At first was
4   it just --
5        MS. REILLY:  At first was it just Marina
6        and Sofia and then Terry joined them?
7   A.   Yes.
8   Q.   Okay.
9   A.   Yes.
10  Q.   Okay.  And you, Sofia, you told Terry what
11  Mr. Arocho had done to you, right?
12  A.   I told Terry that he touched my knee, too,
13  and it's good this woman went to the office and
14  complained because he has to be stopped.
15  Q.   Did Marina tell Terry about anything that
16  Mr. Arocho had done to her?
17  A.   Yes.  She told him the things he had told
18  her.
19  Q.   So that he had said, made statements and
20  comments to her?
21       THE TRANSLATOR:  Who, I'm sorry?
22  Q.   That Marina told Terry about comments that
23  Mr. Arocho had made?
24  A.   Yes.
25  Q.   But Marina did not ever say that Mr. Arocho

1   had touched her?

2   A.   I don't think so.  I don't remember anything
3   saying about touching.

4   Q.   What did Terry say when you told him these
5   things?

6   A.   You should go and complain so that he won't
7   bother anybody.

8   Q.   Did he tell you where to complain?

9   A.   He told us to go to the office.

10  Q.   So at that point, you knew the office meant
11  the Human Resources office?

12  A.   Yes.

13  Q.   Something was said that I want to follow up
14  on.  What did -- did Dino tell you any specific things
15  about what Mr. Arocho did to Twanya?

16  A.   He went up to the office upstairs and he
17  locked the door with Twanya inside and started touching
18  her.  That's what he told me, Dino.

19  Q.   Okay.  Anything else?

20  A.   That's what he told me.

21  Q.   And who had Dino heard it from, did he say?

22  A.   I think Twanya told him.

23  Q.   Okay.  Did Dino tell you that Twanya had told
24  him?

25  A.   No, no, he didn't tell me Twanya told me.  He

```
 1   tell him that Mr. Arocho had made any comments to you?
 2        A.   I don't think I told him.
 3        Q.   Did Marina tell Terry that Mr. Arocho had
 4   made comments to her?
 5        A.   She told him that he said things to me, too,
 6   but he didn't make any details of what he said or what
 7   he did.
 8        Q.   Did you tell Terry that he made comments to
 9   you without telling him the specific comments that he
10   made?
11        A.   No, I said that he said many things to me,
12   too, but I did not detail.
13        Q.   Okay.  So you did tell him, though, that he
14   said many things to you?
15        A.   Yes.
16        Q.   Okay.  And he understood that those things
17   would be inappropriate things?
18        A.   Yes.
19        Q.   Okay.  And Marina said the same thing,
20   generally told him that generally told Terry that
21   Mr. Arocho had made comments?
22        A.   Yes.
23        Q.   And what did you tell Terry when he said go
24   to the office to complain?
25        A.   I told him that if we go to the office, then
```

1  everybody will be talking the way they are talking
2  about Twanya, but about us, too, in other words, our
3  name will be talked about.
4      Q.  Did you know who Twanya was?
5      A.  No, I knew that she worked in there.
6      Q.  Had you ever spoken with her before?
7      A.  Just hello, how are you.
8      Q.  Did you ever go out and smoke cigarettes with
9  her?
10     A.  No.
11     Q.  Did Terry -- what did Terry say to you --
12 what else did Terry say to you when you told him what
13 Mr. Arocho had done to you?
14     A.  Don't be afraid, you have to go, go to the
15 office and complain.
16     Q.  Did he say anything about Mr. Arocho, about
17 Mr. Arocho's character or behavior, did Terry say
18 anything about Mr. Arocho?
19     A.  No, he didn't say anything.
20     Q.  Did Terry believe you?
21     A.  Well, yes, he believed us because he wouldn't
22 have told us go to the office.
23     Q.  Did he say anything about why he believed
24 you?
25     A.  Because we are not women that lie on things

1   like that.
2       Q.   So you did not go to the office that day,
3   correct?
4       A.   No, I went when they called me.
5       Q.   Okay.  And was it -- do you remember when
6   they called you?
7       A.   No.
8       Q.   It was not that day, though, correct?
9       A.   Yes.  It was not that day.
10      Q.   Do you believe it was at the end of
11  September, toward the end of the month that they called
12  you?
13      A.   I don't remember at all.
14      Q.   Okay.  Before they called you, did you and
15  Marina discuss going to the office?
16      A.   No.
17      Q.   You didn't talk about whether you should or
18  shouldn't go?
19      A.   No, we didn't say we have to go there,
20  because we were afraid of the gossip that that will be
21  arising against us.
22      Q.   So --
23      A.   Like they do about Twanya.
24      Q.   Okay.  Was that the conversation -- and that
25  was a conversation you had with Terry?

1   correct?
2   A.   Yes.
3   Q.   And as we sit here today, you cannot remember
4   any specific comment before July of 2001, is that
5   correct?
6   A.   No, I don't.
7   Q.   And did Mr. Arocho say or do anything to you
8   after August of 2001?
9   A.   After the complaint was made, only once, he
10  said, "My love," and nothing else no more.
11  Q.   When did he say, "My love"?
12  A.   After I went to the office.
13  Q.   How long after you went to the office?
14  A.   Perhaps a week?
15           THE TRANSLATOR:   With question mark.
16  Q.   Where were you when he made that comment?
17  A.   On Line 3, I was.
18  Q.   Okay.   Was anybody near you on Line 3?
19  A.   No.
20  Q.   Did you say anything to him when he said "My
21  love" to you?
22  A.   I was surprised.   And I told myself that
23  after I went and complained, he still continues with
24  that.   Didn't they chastise him or tell him anything?
25  I was surprised.

1   Q.   Did you ask Terry to try to make it so you
2   would not have to talk to Mr. Arocho?  Did you ask
3   Terry to do something so that you wouldn't have to talk
4   to Mr. Arocho?
5   A.   No, I didn't ask him because if I needed
6   anything like take a vacation or shift and all that, I
7   had to go to Roberto.
8   Q.   When you spoke with Roberto at those times,
9   did he say or do anything inappropriate, ask for
10  vacation or --
11          MR. BOLTON:   After she made a complaint?
12          MS. REILLY:   Right, this is after, I'm
13  talking about after, after the "My love"
14  comment when she would go to Mr. Arocho.
15  A.   Yes, when I want a day off or something like
16  that, I had to go, though I hated it.
17  Q.   And did he say anything inappropriate?
18  A.   No.
19  Q.   You continued -- Mr. Arocho continued to be
20  your boss until you left in May of 2003, correct --
21  excuse me, March of 2003?
22  A.   Yes.
23  Q.   And other than the "My love" comment and the
24  smile that you talked about, he did not do anything
25  else during that period, correct?

1    A.    No.

2    Q.    So the touching stopped?

3    A.    Yes.

4    Q.    And the other comments stopped?

5    A.    Yes.

6    Q.    Could the smile have been a friendly smile?

7    A.    It appeared to me as ironical, from irony.

8    Q.    Do you know Kurt Selner?

9    A.    Yes.

10   Q.    Who is he?

11   A.    He's a supervisor also in bread.

12   Q.    Was he Roberto's boss?

13   A.    Yes.

14   Q.    Did you ever go to him to complain about
15   Roberto?

16   A.    No.

17   Q.    Why not?

18   A.    That guy was very serious and very nice and I
19   was ashamed to talk about things like that.

20   Q.    Well, what about once you had already gone to
21   Human Resources, you didn't go back to Kurt, you didn't
22   think to go back to Kurt to complain to him?

23   A.    After?

24   Q.    After you talked to Maritza and you felt
25   Maritza didn't do anything, did you consider going to

1  told her you didn't want her name to be used?
2  　　A.　I didn't know things like that.  Isn't that
3  her job, to translate and explain to me that I have to
4  do certain things, otherwise, these things cannot
5  progress?
6  　　Q.　What did you want her to do?  What did you
7  want Maritza to do?
8  　　　　　MR. BOLTON:  Objection.  I mean, with
9  what, the investigation, to Arocho, what?
10 　　Q.　With your complaint, what did you want
11 Maritza to do with your complaint?
12 　　A.　I expected that he'll be chastised and
13 punished, maybe a month, for the things he did, so that
14 I'll understand they did something with him.
15 　　Q.　You thought he should be suspended for a
16 month?
17 　　A.　Something to show that they punished him.
18 　　Q.　What if they told him that he could not do
19 this, would that be enough?
20 　　A.　No, it wasn't.
21 　　Q.　What if they told him that he could not do it
22 and then he stopped, would that be enough?
23 　　A.　No.
24 　　Q.　So you wanted him to be punished?
25 　　A.　Yes.

1  the complaint, she didn't show any interest to help us.
2      Q.   You told her not to use your name, right?
3           MR. BOLTON:  Objection.
4      Q.   You can answer.
5      A.   I told her that because I sensed that he was
6  going to give me a hard time if she gives my name, and
7  that's what he did.
8      Q.   Because you believed that Maritza told him
9  anyway, told him your name, even though you told her
10 not to, is that what you believe?
11     A.   That's how it seems.
12     Q.   Does Marina live in the same building that
13 you live in, residence?
14     A.   She is a year and a half now that she does.
15     Q.   Is that a two-family house?
16     A.   Yes.
17     Q.   Did you ever, Sofia, say to Mr. Arocho,
18 Roberto, say to him, "Mi amore"?  Did Sofia, did you
19 ever say to Roberto "Mi amore"?
20     A.   Yes, I said.
21          MS. REILLY:  She said "Mi amore" to
22          Roberto?
23     A.   Yes.
24     Q.   Okay.  When did you say "Mi amore" to
25 Roberto?

1  A. When I didn't know what it means.

2  Q. Do you often say things to people that you
3  don't know what they mean?

4  A. I could hear that thing being said so often
5  around, and I thought it says hello, friend, like we
6  say in Greek, hello, friend. And that's why I said it.

7  Q. Who did you hear say "Mi amore"? You said it
8  was being said? Who said it?

9  A. The people that work there. I heard that
10 word.

11 Q. Did you hear any specific people? Who?

12 A. I could hear them between them that used to
13 say that word.

14 Q. But who? Can you name a single person who
15 used to say that?

16 A. I cannot remember a specific name, but the
17 people that worked there used that quite a lot, that
18 expression.

19 Q. Did they say that to Roberto? Did you hear
20 other people saying "Mi amore" to Roberto?

21 A. No, I didn't hear.

22 Q. And you said that to him when he was your
23 boss, right?

24 A. Yes, he was my boss, yes.

25 Q. When did you find out what "Mi amore" means?

Case 3:02-cv-02157-AVC    Document 21-9    Filed 01/30/2004    Page 17 of 17

100

1  right?

2  A. Yes.

3  Q. And when I asked you earlier when Mr. Arocho
4  asked, "Can the three of you go out," I said was there
5  anything sexual, any sexual innuendo, and my
6  understanding was it was no, is that correct?

7  A. He told exactly that, "Let's go and have a
8  good time." I don't know what he had in mind.

9  Q. Okay. So he never used the words, though,
10  let's have a threesome, did he?

11  A. That's what he said, but I don't know what
12  that means.

13              THE TRANSLATOR: I don't know either.
14  Q. No, he did not say threesome, did he?

15  A. That's how he said.

16  Q. He said that in English to you, let's have a
17  threesome?

18  A. That's how he said it in English.

19  Q. This complaint does not say that Mr. Arocho
20  said let's have a threesome?

21              MS. REILLY: Say that to her.

22              THE TRANSLATOR: This report?

23              MS. REILLY: Yes.

24  Q. Does not say Mr. Arocho said let's have a
25  threesome, does not say that?