UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    FILED

2004 FEB 18  P 2: 02

| | |
|---|---|
| TWANYA PRESLEY | : CIVIL ACTION |
| MARINA GIANNAKOVA | : NO.: 3:02CV2157(AVC) |
| SOFIA TSAHARIDES | : |
| (Plaintiffs) | : |
| | : |
| V. | : |
| | : |
| PEPPERIDGE FARMS, INC. | : |
| a subsidiary of THE CAMPBELL | : |
| SOUP COMPANY | : |
| THE CAMPBELL SOUP | : |
| COMPANY | : |
| (Defendants) | : FEBRUARY 17, 2004 |

PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME
RE: SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the Plaintiffs, in the above-entitled matter, Twanya Presley, Marina Giannakova, and Sofia Tsaharides, move for a enlargement of time up to and including **February 27, 2004** within which to respond to Defendants' Motion for Summary Judgment dated January 30, 2004.

This request for additional time is being made due to the fact that undersigned counsel only recently had the opportunity to thoroughly review Defendants' motion and has three (3) plaintiffs/clients to meet with to refine responsive affidavits in opposition to the same. In this regard, undersigned's recent schedule has conflicted with his availability to meet with all three (3)

Plaintiffs and one interpreter in this matter in the effort to properly respond to the Summary Judgement Motion.

On February 12, 2004, undersigned counsel discussed this request with Defendants' counsel at a continued deposition pertaining to this matter and Ms. Reilly graciously voiced no objection to the same.

        PLAINTIFFS,

        TWANYA PRESLEY
        MARINA GIANNAKOVA
        SOFIA TSAHARIDES

        By: _____
        John I. Bolton, Esq., ct08892
        e-mail: jbolton@ispwest.com
        The Bolton Law Firm, P.C.
        360 Fairfield Avenue, Suite 200
        Bridgeport, CT  06604
        Telephone: (203) 362-1955
        Facsimile:  (203) 362-1954
         Their Attorney

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class United States mail this 17th day of February, 2004 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton, Esq. **ct08892**