Case 3:02-cv-02157-AVC   Document 23   Filed 02/19/2004   Page 1 of 1



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY<br>MARINA GIANNAKOVA<br>SOFIA TSAHARIDES<br>(Plaintiffs)<br><br>V.<br><br>PEPPERIDGE FARMS, INC.<br>a subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | CIVIL ACTION<br>NO.: 3:02CV2157(AVC)<br><br><br><br><br><br><br><br>FEBRUARY 17, 2004 |

## PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME
## RE: SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the Plaintiffs, in the above-entitled matter, Twanya Presley, Marina Giannakova, and Sofia Tsaharides, move for a enlargement of time up to and including **February 27, 2004** within which to respond to Defendants' Motion for Summary Judgment dated January 30, 2004.

This request for additional time is being made due to the fact that undersigned counsel only recently had the opportunity to thoroughly review Defendants' motion and has three (3) plaintiffs/clients to meet with to refine responsive affidavits in opposition to the same. In this regard, undersigned's recent schedule has conflicted with his availability to meet with all three (3)

GRANTED.
Alfred V. Covello, U.S.D.J.

February 19, 2004.
SO ORDERED.