UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 MAR -1 P 2:18
U.S. DISTRICT COURT
HARTFORD

TWANYA PRESLEY
MARINA GIANNAKOVA
SOFIA TSAHARIDES
(Plaintiffs)

V.

PEPPERIDGE FARMS, INC.
a subsidiary of THE CAMPBELL
SOUP COMPANY
THE CAMPBELL SOUP
COMPANY
(Defendants)

CIVIL ACTION
NO.: 3:02CV2157(AVA)

FEBRUARY 27, 2004

## PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME RE: SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the Plaintiffs in the above entitled matter, Twanya Presley and Sofia Tsaharides, move for a enlargement of time up to and including March 3, 2004 - which represents an additional five (5) days from Plaintiff's First motion for enlargement dated January 30, 2004 within which to respond to Defendants' Motion for Summary Judgment dated January 20, 2004.

This request for additional time is being made due to undersigned's having to attend to a difficult personal matter to this past week which significantly prevented him from timely completing an appropriate response to Defendants' Motion for Summary Judgment as contemplated in the First Motion for Enlargement. At the time of the making of this motion, undersigned has been unable to determine opposing counsel's position to this request.

**WHEREFORE**, plaintiffs respectfully request an additional five (5) days to complete a response to Defendants' Motion for Summary Judgment.

PLAINTIFFS,
TWANYA PRESLEY
MARINA GIANNAKOVA
SOFIA TSAHARIDES

BY _____
John I. Bolton, Esq. Ct 08892
E:mail: jbolton@ispwest.com
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604-3911
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Their Attorney

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via facsimile and first class mail this 27th day of February, 2004 to all counsel of record and pro se parties, to wit:

Patricia E. Reilly, Esq.
Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton, Esq. ct08892