UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* | CIVIL ACTION |
| | \* | NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* | |
| v. | \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* | |
| Defendants. | \* | MARCH 5, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DEFENDANTS' MOTION FOR RULE 37 SANCTIONS**

Pursuant to Rule 37(a) (2)(A) and (a)(4)(A) of the Federal Rules of Civil Procedure, Defendants Pepperidge Farm, Inc. and Campbell Soup Company (collectively the "Corporate Defendants") respectfully move that plaintiff Marina Giannakova and/or her attorney be ordered to pay sanctions in the amount of $22,441.48, to reimburse defendants for the costs and fees incurred in connection with written discovery, depositions, motion to compel and this motion for sanctions pertaining to plaintiff Marina Giannakova. In support of this Motion, the Corporate Defendants have filed a Memorandum of Law with attached exhibits and the Affidavit of Patricia E. Reilly with Exhibit A attached thereto.

**ORAL ARGUMENT REQUESTED**

THE DEFENDANTS,

PEPPERIDGE FARM, INC.,
a subsidiary of THE CAMPBELL
SOUP COMPANY,
THE CAMPBELL SOUP
COMPANY, ROBERTO AROCHO


By: /s/ Patricia E. Reilly
Patricia E. Reilly (CT 08352)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8233
Fax:   (203) 865-7865
E-mail: reilly@tylercooper.com

   -- Their Attorneys --

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut 06604

on this 5th day of March 2004.

*Patricia E. Reilly*
Patricia E. Reilly (CT 08353)