UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | MARCH 5, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

### AFFIDAVIT OF PATRICIA E. REILLY IN SUPPORT OF CORPORATE DEFENDANTS' MOTION FOR RULE 37 SANCTIONS

I, Patricia E. Reilly, being duly sworn, do hereby declare as follows:

1. I am an attorney and partner with the firm of Tyler Cooper & Alcorn, LLP, counsel for Pepperidge Farm, Inc., Campbell Soup Company and Roberto Arocho, Defendants in this matter.

2. I make this affidavit in support of the Corporate Defendants' Motion for Rule 37 Sanctions based upon my personal knowledge and involvement in the above-captioned litigation.

3. Attached as Exhibit A to this Affidavit is an itemized list of the fees and costs incurred by Defendants in connection with the discovery related to Marina Giannakova for which the Defendants are seeking payment from the Plaintiff and/or her counsel.

4. Undersigned counsel has discussed with Plaintiffs' counsel that defendants are seeking sanctions as set forth in this motion.

_____
Patricia E. Reilly

Subscribed and sworn to before me this 5th day of March, 2004.

_____
Notary Public/Commissioner of the Superior Court

My Commission expires: ___

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY,<br>MARINA GIANNAKOVA<br>SOFIA TSAHARIDES,<br><br>      Plaintiffs,<br><br>v.<br><br>PEPPERIDGE FARM, INC.,<br>a subsidiary of THE CAMPBELL<br>SOUP COMPANY,<br>THE CAMPBELL SOUP<br>COMPANY, ROBERTO AROCHO<br><br>      Defendants | CIVIL ACTION NO.:<br>3:02CV2157(AVC)<br><br><br><br><br><br><br><br><br><br>MARCH 5, 2004 |

## EXHIBIT A
## FEES AND COSTS FOR DISCOVERY
## RE: MARINA GIANNAKOVA

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/26/03 | EKA | Preparation of detailed chronology of events re M. Giannokova | .67 | 110.55 |
| 4/22/03 | JDB | Conference with PER and clients re plaintiff's immigration status | .75 | 213.75 |
| 4/22/03 | PER | Deposition of Marina Giannokova; Additional Deposition preparation | 10.50 | 2,835.00 |
| 9/05/03 | PER | Draft second set of discovery to S. Tsaharides and M. Giannkova re immigration status; Telephone conference with M. Chazin re additional depositions and strategy | 1.00 | 285.00 |
| 9/06/03 | PER | Review/revise second set of requests for production re: immigration documents | .17 | 48.45 |
| 10/02/03 | PER | Review incoming plaintiffs' responses to defendants' second set of discovery re: immigration status; E-mail to M. Chazin; Follow up on objections | .33 | 94.05 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/03 | EKA | Review and analysis of objection regarding Second Production request re: immigration documents; Correspondence to M. Chazin regarding same; Review and analysis of federal rule regarding motion to compel; Correspondence to J. Bolton regarding objections | .75 | 131.25 |
| 10/09/03 | EKA | Review correspondence (e-mail) regarding status of discovery in preparation for Motion to Compel; Correspondence to J. Bolton detailing discovery Deficiencies | 1.42 | 248.50 |
| 10/21/03 | EKA | Reviewing correspondence from Giannokova employers regarding records request; Telephone conference with Limited Co. regarding same; Drafting subpoena regarding same; | .50 | 92.50 |
| 10/23/03 | EKA | File review regarding discovery status and correspondence (e-mail) to M. Chazin regarding same; Telephone conference with Limited HR Director regarding Victoria's Secret records; Correspondence to Limited regarding service of subpoena regarding same | .75 | 131.25 |
| 11/09/03 | EKA | Review and analysis of Victoria's Secret employment records regarding M. Giannokova; Correspondence to M. Chazin regarding same; Correspondence to J. Bolton regarding same | .83 | 145.25 |
| 11/10/03 | PER | Review Marina Giannokova personnel file; E-mail M. Chazin, P. Macionus re same | .67 | 190.95 |
| 12/10/03 | PER | Intra-office conference re Marina's immigration status; Review documents produced by plaintiffs | 1.00 | 285.00 |
| 12/11/03 | PER | Telephone conference with M. Chazin re follow up on discovery, immigration status; Additional follow up on immigration issues | 1.00 | 285.00 |
| 12/12/03 | NB | Search website for additional names who appeared under M. Giannakova's social sercurity number: Ella Brent and LaTonya Hailton; Telephone call to Jackson, Mississippi Social Security | | |

2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Administration to verify who was assigned 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 (would not release information); Meet with PER to discuss findings | 1.17 | 146.25 |
| 12/12/03 | PER | Review I-9 from Victoria's Secret; Telephone conference with M. Chazin re same; Review research from website re Marina's social security number and other users of same number; Follow up with immigration partner | 1.50 | 427.50 |
| 12/15/03 | NB | Gather information on I-9 and telephone for employers for the Social Security Administration; Information to PER | .17 | 21.25 |
| 12/15/03 | PER | E-mails to/from John Bolton re Marina's work authorization; Telephone conference with M. Chazin re same; Review Pepperidge I-9 documentation; Telephone conference with P. Macionus re same | 1.75 | 498.75 |
| 12/22/03 | PER | E-mail from/to J. Bolton re discovery re immigration status; Telephone conference with M. Chazin | .67 | 190.95 |
| 12/23/03 | PER | E-mail to J. Bolton - follow up re immigration status; E-mail to/from M. Chazin and P. Macionus | .50 | 142.50 |
| 1/12/04 | PER | E-mail from/to J. Bolton re discovery, immigration documents and settlement; E-mail to/from M. Chazin | .50 | 142.50 |
| 1/14/04 | JDB | Review of documents supplied re immigration; Research re Brian Cotter, Marina's immigration attorney Correspondence with Linda Hill (social security in D.C.); Telephone conference with Linda Hill | .75 | 217.50 |
| 1/14/04 | PER | Communicate with John Bolton re immigration documents and settlement conference; Telephone conference with court clerk re settlement conference and arranging for hearing on immigration issues; Telephone conference with and e-mails to M. Chazin re immigration; Communicate with immigration partner re immigration issues | 1.75 | 498.75 |

3

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/16/04 | PER | Telephone conference with Judge Covello's deputy clerk re telephone conference on immigration records; E-mail to J. Bolton re same; Correspondence to J. Bolton re same; Telephone conference with J. Bolton's assistant re availability for call; Telephone conference with P. Macionus re immigration issues; Conference With J. Bucar re current immigration issues | 1.00 | 285.00 |
| 1/20/04 | PER | Review incoming e-mail from J. Bolton; Review additional immigration documents | .50 | 142.50 |
| 1/22/04 | PER | Telephone conference with John Bolton re immigration discovery issues in preparation for conference with Judge; Telephone conference with Judge's clerk re agreement on issues; Telephone conference with M. Chazin re same; Follow up on scheduling M. Giannakova deposition | 1.75 | 498.75 |
| 1/23/04 | PER | Communicate with client re social security mismatch | .17 | 48.45 |
| 1/26/03 | PER | E-mails to/from J. Bolton re Marina's deposition and settlement conference; Conference with J.D. Bucar to follow up on outstanding immigration discovery; Draft deposition notice; | 1.00 | 285.00 |
| 1/29/04 | JDB | Telephone conference with social security fraud Line re procedure; Correspondence with P. Reilly re same | 1.50 | 72.50 |
| 1/29/04 | PER | E-mail to J. Bolton re social security mismatch; Follow up with M. Chazin; E-mail to/from M. Chazin; Follow up internally re social security reporting requirements; Correspondence to J. Bolton Re social security number | 1.00 | 285.00 |
| 2/02/04 | PER | Correspondence to J. Bolton re social security mismatch documents; E-mail M. Chazin re social security documents; Draft subpoena to Brian Cotter To obtain M. Giannakova's immigration file | .83 | 236.55 |
| 2/03/04 | PER | Revise letter to J. Bolton; Additional e-mails re social security; Follow up with J. Bucar re immigration issues; Finalize deposition notice and subpoena; Telephone conference with | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | P. Macionus re social security; Review M. Giannokova deposition transcript in preparation for continued deposition; E-mail clients re same | 3.00 | 855.00 |
| 2/05/04 | JDB | Legal research re Section 272a re unauthorized employment re issue of damages as to M. Giannakova | .50 | 145.00 |
| 2/09/04 | JDB | Review of deposition transcript; Review of personnel file; Telephone conference with Attorney Cotter; Legal research re damage claim re undocumented worker; Review of summary judgment facts not in dispute in preparation for M. Giannakova deposition | 3.00 | 870.00 |
| 2/09/04 | PER | Immigration document review; Strategy re deposition | .50 | 142.50 |
| 2/10/04 | JDB | Preparation to take M. Giannakova deposition including the following: Review of immigration attorney's file; Review of immigration documents; Review of personnel file; Review of Complaint and depositions; Review of summary judgment motion; Preparation of chronology; Telephone conference with Marty Chazin | 6.00 | 1,740.00 |
| 2/10/04 | PER | Prepare for deposition of M. Giannokova deposition; Review immigration documents; Telephone conference with M. Chazin; E-mail to J. Bolton confirming deposition and requesting original documents | 1.00 | 285.00 |
| 2/11/04 | JDB | Legal research re social security cards; Continued preparation for deposition; Preparation of exhibits for deposition | 3.00 | 870.00 |
| 2/11/04 | PER | Prepare for Marina Giannokova deposition - documents and strategy; E-mail to J. Bolton re producing original documents | .50 | 142.50 |

5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/12/04 | JDB | Discovery deposition of Marina Giannokova; Telephone conference with Marty, PER and Paul Macionus | 7.00 | 2,030.00 |
| 2/12/04 | PER | Attend deposition of Marina Giannokova; Follow up telephone conversation with M. Chazin; Strategy re Motion for Contempt | 7.00 | 1,995.00 |
| 2/17/04 | PER | Correspondence to John Bolton re Marina Giannakova's immigration file | .17 | 48.85 |
| 3/4/04 | PER | Drafting of Motion for Sanctions, Affidavit, Exhibit A | 7.00 | 1,995.00 |

**TOTAL FEES:** $20,355.05

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 5/1/03 | Translator's Fee | 432.00 |
| 5/5/03 | Scribes (M. Giannakova depo.) | 669.13 |
| 2/05/04 | Charles M. Valentino - State Marshal Services | 103.60 |
| 2/12/04 | Translators Fee | 445.00 |
| 2/12/04 | Court Reporter's Fee | 436.70 |

**TOTAL COSTS:** $2,086.43

**TOTAL FEES/COSTS** $22,441.48

6

## CERTIFICATE OF SERVICE

This it to certify that a copy of the foregoing was sent by facsimile and first-class mail, postage prepaid to:

> John I. Bolton, Esquire
> The Bolton Law Firm, P.C.
> 360 Fairfield Avenue, Suite 200
> Bridgeport, CT  06604

on this 5th day of March, 2004.

                                                                     _____
                                                                      Patricia E. Reilly
                                                                      Federal Bar No. ct08352