UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | MARCH 9, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants strenuously object to Plaintiffs' Third Motion for Extension of Time in which to File their Opposition to Defendants' Motion for Summary Judgment dated January 30, 2004. This motion should be denied for the following reasons:

1. Defendants' Motion for Summary Judgment was filed almost one-and-one-half months ago, on January 30, 2004. Defendants have not objected to Plaintiffs' two previous motions for extension of time in which to respond.

1

2.         This extension is unnecessary for Plaintiffs Twanya Presley and Sophia Tsaharides. Nothing in Plaintiffs' Motion supports any basis for granting a third extension of time as to these two plaintiffs, particularly an unlimited extension of time, as they are seeking here.

3.         This extension is also unnecessary for Plaintiff Marina Giannakova. Plaintiffs' Motion appears to be a recitation of Ms. Giannakova's counsel's conflict of interest in continuing to represent Ms. Giannakova. Rather than file a motion for an unlimited extension of time, it is respectfully suggested that Plaintiffs' counsel should move to withdraw his appearance on behalf of Ms. Giannakova, if in fact a conflict exists.

4.         Plaintiffs' counsel could already have filed a Motion for Dismissal pursuant to Rule 41(b)(2). Undersigned counsel suggested this course of action to Plaintiffs' counsel.

5.         The delay in having this case fully briefed on the Summary Judgment Motion prejudices Defendants to the extent they seek a speedy resolution of this matter. Defendants firmly believe that their Summary Judgment Motion should be granted and that in fact Plaintiffs have no legally sound basis on which to oppose the Motion.

For these reasons, Defendants oppose Plaintiffs' Third Motion for Extension of Time and respectfully urge this Court to deny the motion.

        THE DEFENDANTS,

        PEPPERIDGE FARM, INC., A SUBSIDIARY OF THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

By: *Patricia E. Reilly*
      Patricia E. Reilly ct08352
      TYLER COOPER & ALCORN, LLP
      205 Church Street
      New Haven, Connecticut 06509-1910
      Phone: (203)-784-8233
      Fax:   (203) 865-7865
      E-mail: reilly@tylercooper.com

        -- Their Attorneys --

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut 06604

on this 9th day of March 2004.

_____
Patricia E. Reilly ct08352