UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Civil Conference Calendar

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Chambers Room #125 Annex

**April 6, 2004**

**2:30 p.m.**

CASE NO. **3:02cv2157 (AVC) Twanya Presley, et al v. Pepperidge Farm, Inc.**

**Motion for Sanctions (Doc #25)
Dismissal of Action by Plaintiff Marina Giannakova**

Elizabeth K. Andrews
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


John Ivar Bolton
360 Fairfield Ave.
Suite 200
Bridgeport, CT 06604


Patricia E. Reilly
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

                                    PER ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK