#24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -1 P 2: 18

TWANYA PRESLEY          : CIVIL ACTION
MARINA GIANNAKOVA       : U.S. DISTRICT COURT
SOFIA TSAHARIDES        : NO.:3:02CV2157(AVC)
(Plaintiffs)            :

V.                      :

PEPPERIDGE FARMS, INC.  :
a subsidiary of THE CAMPBELL :
SOUP COMPANY            :
THE CAMPBELL SOUP       :
COMPANY                 :
(Defendants)            :       FEBRUARY 27, 2004

## PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME
### RE: SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the Plaintiffs in the above entitled matter, Twanya Presley and Sofia Tsaharides, move for a enlargement of time up to and including March 3, 2004 - which represents an additional five (5) days from Plaintiff's First motion for enlargement dated January 30, 2004 within which to respond to Defendants' Motion for Summary Judgment dated January 20, 2004.

This request for additional time is being made due to undersigned's having to attend to a difficult personal matter to this past week which significantly prevented him from timely completing an appropriate response to Defendants' Motion for Summary Judgment as contemplated in the First Motion for Enlargement. At the time of the making of this motion, undersigned has been unable to determine opposing counsel's position to this request.

**WHEREFORE,** plaintiffs respectfully request an additional five (5) days to complete a response to Defendants' Motion for Summary Judgment.

GRANTED NUNC PRO TUNC.
Alfred V. Covello
Alfred V. Covello, U.S.D.J.

March 8, 2004.
SO ORDERED.