UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | MARCH 24, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

The Defendants request that the scheduling order dated April 21, 2003 be amended to reflect the current case status. Under the scheduling order, the joint trial memorandum is due March 31, 2004 and the trial date is April 16, 2004. Currently pending before the court is Defendants' Motion for Summary Judgment. Plaintiffs have been granted an indefinite extension of time in which to respond to Defendants' Motion. Also pending is Defendants' Motion for Rule 37 Sanctions. A settlement conference before Judge Smith is scheduled for April 1, and a status conference is scheduled for April 6. In light of the current case status, the Defendants request that the scheduling order be amended to reflect that if Defendants' Motion for Summary Judgment is not granted, the parties' joint trial memorandum

1

will be due two months after a ruling on Defendants' Motion for Summary Judgment and that the case will be trial ready one month after the deadline for the joint trial memorandum. The undersigned counsel has attempted to contact Plaintiffs' counsel but has not yet received a response regarding his position on this motion.

        THE DEFENDANTS,

        PEPPERIDGE FARM, INC., A SUBSIDIARY OF
        THE CAMPBELL SOUP COMPANY, THE
        CAMPBELL SOUP COMPANY AND ROBERTO
        AROCHO, INDIVIDUALLY

        By: /s/ Patricia E. Reilly
        Patricia E. Reilly ct08352
        TYLER COOPER & ALCORN, LLP
        205 Church Street
        New Haven, Connecticut 06509-1910
        Phone: (203)-784-8233
        Fax:   (203) 865-7865
        E-mail: reilly@tylercooper.com

        -- Their Attorneys --

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut  06604

on this 24th day of March 2004.

_____
Patricia E. Reilly ct08352