UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | CIVIL ACTION |
| | NO: 3:02CV2157(AVC) |
| Plaintiffs, | |
| v. | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | |
| Defendants. | MARCH 24, 2004 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

The Defendants request that the scheduling order dated April 21, 2003 be amended to reflect the current case status. Under the scheduling order, the joint trial memorandum is due March 31, 2004 and the trial date is April 16, 2004. Currently pending before the court is Defendants' Motion for Summary Judgment. Plaintiffs have been granted an indefinite extension of time in which to respond to Defendants' Motion. Also pending is Defendants' Motion for Rule 37 Sanctions. A settlement conference before Judge Smith is scheduled for April 1, and a status conference is scheduled for April 6. In light of the current case status, the Defendants request that the scheduling order be amended to reflect that if Defendants' Motion for Summary Judgment is not granted, the parties' joint trial memorandum

*[Margin notations: "GRANTED. Alfred V. Covello, U.S.D.J."; "March 31, 2004. SO ORDERED."; FILED stamps dated 2004 MAR 31]*

1