UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Civil Conference Calendar

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Chambers Room #125 Annex

FILED
2004 MAR 10 P 3: 42

U.S. DISTRICT COURT
HARTFORD, CT

April 6, 2004

2:30 p.m.

CASE NO. 3:02cv2157 (AVC)  Twanya Presley, et al v. Pepperidge Farm, Inc.

Motion for Sanctions (Doc #25)
Dismissal of Action by Plaintiff Marina Giannakova

Elizabeth K. Andrews
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

John Ivar Bolton
360 Fairfield Ave.
Suite 200
Bridgeport, CT 06604

Patricia E. Reilly
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910

PER ORDER OF THE COURT
KEVIN F. ROWE, CLERK