United States District Court
District of Connecticut
FILED AT          HART...

4/5/04

By............................ JWalker
                    Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY             : | CIVIL ACTION |
| MARINA GIANNAKOVA      : | NO.: 3:02CV2157(AVC) |
| SOFIA TSAHARIDES         : | |
| (Plaintiffs)                          : | |
|                                              : | |
| V.                                        : | |
|                                              : | |
| PEPPERIDGE FARMS, INC.   : | |
| a subsidiary of THE CAMPBELL : | |
| SOUP COMPANY              : | |
| THE CAMPBELL SOUP      : | |
| COMPANY                        : | |
| ROBERTO AROCHO, Individually : | |
| (Defendants)                    : | MARCH 29, 2004 |

## JURY CLAIM

All plaintiffs hereby claims trial by jury of the above case.

PLAINTIFFS
TWANYA PRESLEY
SOFIA TSAHARIDES
MARINA GIANNAKOVA

BY /s/ John I. Bolton
John I. Bolton CT08892
The Bolton Law Firm, P.C.
360 Fairfield Avenue,
Suite 200
Bridgeport, CT 06604
(203) 362-1955