UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TWANYA PRESLEY : CIVIL ACTION
MARINA GIANNAKOVA :
SOFIA TSAHARIDES :
(Plaintiffs) : NO.:3:02CV2157(AVC)

V.

PEPPERIDGE FARMS, INC.
a subsidiary of THE CAMPBELL
SOUP COMPANY
THE CAMPBELL SOUP
COMPANY
(Defendants) : APRIL 19, 2004

## PLAINTIFFS' NOTICE OF TARDY FILING IN RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Undersigned counsel respectfully represents that Plaintiffs' Reply to Defendants' Motion for Summary Judgment will not be filed until Wednesday, April 21, 2004. During a recent telephonic conference with the Court, undersigned represented that a reply to summary judgment would be filed on April 13, 2004.

However, undersigned counsel was of the office ill last week with a debilitating bronchial virus which delayed the completion of the response. Further adding insult to injury was the receipt of a computer virus that has corrupted many files and key functions of undersigned's work product. As some (not all) of the response was corrupted, undersigned counsel is now in the process of reconstructing those portions of the rely brief that were lost. It is anticipated that the response will be completed by Tuesday, April 20th, however, given the recent spate of difficulty encountered in completing this task it is hereby represented that said reply will be completed on Wednesday, April 21st.

It should be noted that while these unanticipated delays have likely inconvenienced the Defendants', opposing counsel has been extremely cooperative and understanding with respect to last week's delay.

To the extent that it is requested, given the representations contained herein, undersigned would have no objection to any enlargement of time filed by Defendants to respond to the Plaintiffs reply.

PLAINTIFFS

BY _____
John I. Bolton, Esq. Ct 08892
E:mail: jbolton@ispwest.com
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604-3911
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Their Attorney

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class United States mail this 19th day of April, 2004 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton, Esq. ct08892