UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* | CIVIL ACTION NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* | |
| v. | \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* | |
| Defendants. | \* | APRIL 20, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING PLAINTIFFS' FILING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

In response to "Plaintiffs' Notice of Tardy Filing in Responding to Defendants' Motion for Summary Judgment", Defendants move that this Court enter an order that if Plaintiffs do not file their Opposition to Defendants' Motion for Summary Judgment on or before April 21, 2004, Plaintiffs are barred from filing an Opposition to Defendants' Motion for Summary Judgment. In support of this motion, the Defendants represent the following:

1. Defendants filed their Motion for Summary Judgment on January 30, 2004.

2. Plaintiffs' response to Defendants' Motion for Summary Judgment was due on February 20, 2004.

1

3. Plaintiffs moved for and were granted three Motions for Enlargement of time in which to file their Opposition. The first such motion was dated February 17, 2004 and requested an extension to and including February 27, 2004. The second motion was dated February 27, 2004 and requested an extension to and including March 3, 2004. The third motion was dated March 5, 2004 and requested an indeterminate enlargement of time.

4. At a telephone status conference held before Judge Covello on April 6, 2004, Attorney John Bolton represented to the Court that he would file his Opposition within a week of the conference, that is, on or before April 13, 2004.

5. To date, Plaintiffs have not filed their Opposition. Nor have they moved for an additional extension of time. Rather they have filed a "Notice" that the Opposition will be filed on April 21, 2004.

6. Defendants are prejudiced by the delays in obtaining a ruling on their Motion for Summary Judgment caused by Plaintiffs' failure to oppose the Motion in a timely manner.

**WHEREFORE,** Defendants respectfully move that this Court order that if Plaintiffs' Opposition is not filed on or before April 21, 2004, Plaintiffs will be barred from filing an Opposition to Defendants' Motion for Summary Judgment.

THE DEFENDANTS,

PEPPERIDGE FARM, INC., A SUBSIDIARY OF THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

By: _____
Patricia E. Reilly ct08352
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8233
Fax:    (203) 865-7865
E-mail: reilly@tylercooper.com

-- Their Attorneys --

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut  06604

on this 20th day of April, 2004.

Patricia E. Reilly ct08352