UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

 FILED

2004 APR 23 P 4: 20

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| TWANYA PRESLEY | : | CIVIL ACTION |
| MARINA GIANNAKOVA | : | |
| SOFIA TSAHARIDES | : | |
| (Plaintiffs) | : | NO.:3:02CV2157(AVC) |
| | : | |
| V. | : | |
| | : | |
| | : | |
| PEPPERIDGE FARMS, INC. | : | |
| a subsidiary of THE CAMPBELL | : | |
| SOUP COMPANY | : | |
| THE CAMPBELL SOUP | : | |
| COMPANY and ROBERTO AROCHO, | : | |
| Individually | : | |
| (Defendants) | : | APRIL 23, 2004 |

PLAINTIFFS' OBJECTION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Rules of Federal Civil Procedure, Plaintiffs hereby object to Defendants' Motion for Summary Judgment dated January 30, 2004. In furtherance of this objection Plaintiffs attach their Statement of Material Facts in Dispute and Memorandum of Law.

As a result of the foregoing, Plaintiffs respectfully that Defendants' Motion for Summary Judgment be denied with the exception of Count Nine and Fourteen and Sofia Tsaharides' claim in Count Five for Title VII retaliation.

**ORAL ARGUMENT REQUESTED**

PLAINTIFFS

BY _____

John I. Bolton, Esq. Ct 08892
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604-3911
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Their Attorney


## CERTIFICATION

It is hereby certified that a copy of the foregoing was hand delivered this 26th day of April, 2004 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____

John I. Bolton, Esq. ct08892