FILED

2004 APR 20 P 4: 12

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES<br><br>Plaintiffs,<br><br>v.<br><br>PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually<br><br>Defendants. | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) <br><br><br><br><br><br><br><br><br><br><br><br><br>APRIL 20, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION FOR ENTRY OF ORDER REGARDING PLAINTIFFS' FILING OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

In response to "Plaintiffs' Notice of Tardy Filing in Responding to Defendants' Motion for Summary Judgment", Defendants move that this Court enter an order that if Plaintiffs do not file their Opposition to Defendants' Motion for Summary Judgment on or before April 21, 2004, Plaintiffs are barred from filing an Opposition to Defendants' Motion for Summary Judgment. In support of this motion, the Defendants represent the following:

1. Defendants filed their Motion for Summary Judgment on January 30, 2004.

2. Plaintiffs' response to Defendants' Motion for Summary Judgment was due on February 20, 2004.

*(Margin annotations: "April 26, 2004. SO ORDERED. DENIED. Alfred V. Covello, U.S.D.J."; "FILED 2004 APR 26 A 11:29 U.S. DISTRICT COURT HARTFORD CT")*

1