UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | * * * * | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | * * | |
| v. | * * | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | * * * * * | |
| Defendants. | * | MAY 3, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the defendants, Pepperidge Farm, Inc., a subsidiary of Campbell Soup Company, Campbell Soup Company and Robert Arocho, hereby request an extension of time of one (1) week to and including May 12, 2004 in which to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

In support of this Motion, the defendants state as follows:

(1) This is the defendants' first motion for extension of time filed with respect to this deadline; and

(2) The undersigned counsel has inquired of opposing counsel, John Bolton, but has not yet received a response.

**ORAL ARGUMENT REQUESTED**

Attorneys for Defendants

PEPPERIDGE FARM, INC., A SUBSIDIARY OF
CAMPBELL SOUP COMPANY, CAMPBELL
SOUP COMPANY AND ROBERTO AROCHO,
INDIVIDUALLY

*[signature]*
Patricia E. Reilly ct08352
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8479
Fax:    (203) 789-8069
E-mail: reilly@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

> John I. Bolton, Esquire
> The Bolton Law Firm
> 360 Fairfield Avenue, Suite 200
> Bridgeport, Connecticut 06604

on this 3rd day of May, 2004.

Patricia E. Reilly 08352