43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -3 P 2: 13
US DISTRICT COURT
HARTFORD, CT.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | CIVIL ACTION NO: 3:02CV2157(AVC) |
| Plaintiffs, | |
| v. | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | |
| Defendants. | MAY 3, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, the defendants, Pepperidge Farm, Inc., a subsidiary of Campbell Soup Company, Campbell Soup Company and Robert Arocho, hereby request an extension of time of one (1) week to and including May 12, 2004 in which to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

In support of this Motion, the defendants state as follows:

(1) This is the defendants' first motion for extension of time filed with respect to this deadline; and

(2) The undersigned counsel has inquired of opposing counsel, John Bolton, but has not yet received a response.

FILED 2004 MAY -4 P 12:16 U.S. DISTRICT COURT HARTFORD, CT

Alfred V. Covello, U.S.D.J.

May 4, 2004. GRANTED.
SO ORDERED.

**ORAL ARGUMENT REQUESTED**