UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | * * * * | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | * * | |
| v. | * * | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | * * * * * | |
| Defendants. | * | MAY 11, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXCEED PAGE LIMIT

Defendants hereby request permission to exceed the Reply brief page limit and file a Reply brief of thirteen pages, as well as a Supplemental Local Rule 56(a)1 Statement of Material Facts not in Dispute.

> THE DEFENDANTS,
>
> PEPPERIDGE FARM, INC., A SUBSIDIARY OF CAMPBELL SOUP COMPANY, CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY
>
> By: _____
> Patricia E. Reilly ct08352
> TYLER COOPER & ALCORN, LLP
> 205 Church Street
> New Haven, Connecticut 06509-1910
> Phone: (203)-784-8233
> Fax:    (203) 865-7865
> E-mail: Reilly@tylercooper.com
>
> -- Their Attorneys --

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

John I. Bolton, Esquire
The Bolton Law Firm
360 Fairfield Avenue, Suite 200
Bridgeport, Connecticut  06604

on this 11th day of May 2004.

_____
Patricia E. Reilly ct08352