UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| TWANYA PRESLEY, MARINA GIANNAKOVA and SOFIA TSAHARIDES | \* \* \* \* | CIVIL ACTION<br><br>NO: 3:02CV2157(AVC) |
| Plaintiffs, | \* \* \* | |
| v. | \* \* | |
| PEPPERIDGE FARM, INC., a subsidiary of THE CAMPBELL SOUP COMPANY, THE CAMPBELL SOUP COMPANY and ROBERT AROCHO, Individually | \* \* \* \* \* | |
| Defendants. | \* | MAY 11, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXCEED PAGE LIMIT

Defendants hereby request permission to exceed the Reply brief page limit and file a Reply brief of thirteen pages, as well as a Supplemental Local Rule 56(a)1 Statement of Material Facts not in Dispute.

THE DEFENDANTS,

PEPPERIDGE FARM, INC., A SUBSIDIARY OF CAMPBELL SOUP COMPANY, CAMPBELL SOUP COMPANY AND ROBERTO AROCHO, INDIVIDUALLY

By: _____
Patricia E. Reilly ct08352
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203)-784-8233
Fax:    (203) 865-7865
E-mail: Reilly@tylercooper.com

-- Their Attorneys --

May 12, 2004. GRANTED.
SO ORDERED.
/s/ Covello, U.S.D.J.

FILED 2004 MAY 12 P 1:30
U.S. DISTRICT COURT
HARTFORD, CT

1