02cv2157motext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TWANYA PRESLEY : CIVIL ACTION  2004 APR 20 A 10: 39
MARINA GIANNAKOVA :
SOFIA TSAHARIDES :
(Plaintiffs) : NO.:3:02CV2157(AVC)

V.

PEPPERIDGE FARMS, INC. :
a subsidiary of THE CAMPBELL :
SOUP COMPANY :
THE CAMPBELL SOUP :
COMPANY :
(Defendants) : APRIL 19, 2004

## PLAINTIFFS' NOTICE OF TARDY FILING IN RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Undersigned counsel respectfully represents that Plaintiffs' Reply to Defendants' Motion for Summary Judgment will not be filed until Wednesday, April 21, 2004. During a recent telephonic conference with the Court, undersigned represented that a reply to summary judgment would be filed on April 13, 2004.

However, undersigned counsel was of the office ill last week with a debilitating bronchial virus which delayed the completion of the response. Further adding insult to injury was the receipt of a computer virus that has corrupted many files and key functions of undersigned's work product. As some (not all) of the response was corrupted, undersigned counsel is now in the process of reconstructing those portions of the rely brief that were lost. It is anticipated that the response will be completed by Tuesday, April 20th, however, given the recent spate of difficulty encountered in completing this task it is hereby represented that said reply will be completed on Wednesday, April 21st.

It should be noted that while these unanticipated delays have likely inconvenienced the Defendants', opposing counsel has been extremely cooperative and understanding with respect to last week's delay.

To the extent that it is requested, given the representations contained herein, undersigned would have no objection to any enlargement of time filed by Defendants to respond to the Plaintiffs reply.

*[Handwritten margin notes:]*

June 15, 2004. Construed as a motion to extend the time for filing an opposition to the summary judgment motion, the motion is granted. SO ORDERED.

Alfred V. Covello, U.S.D.J.