UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY<br>MARINA GIANNAKOVA<br>SOFIA TSAHARIDES<br>(Plaintiffs)<br><br>V.<br><br>PEPPERIDGE FARMS, INC.<br>a subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | : CIVIL ACTION<br>:<br>:<br>:<br>: NO.:3:02CV2157(AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 5, 2004 |

02cv2157 mot 3 extime

FILED
2004 MAR -8 P 2:44
U.S. DISTRICT COURT
HARTFORD, CT.

PLAINTIFFS' THIRD MOTION FOR AN INDETERMINATE ENLARGEMENT OF
TIME
TO RESPOND RE: SUMMARY JUDGMENT

Pursuant to Local Rule 9(b), the Plaintiffs in the above entitled matter, move for a enlargement of time within which to respond to Defendants' Motion for Summary Judgment dated January 30, 2004, until which time this Court adjudicates Defendants' forthcoming motion for sanctions[1] to be filed against Plaintiff, Marina Giannakova and/or undersigned counsel. Undersigned anticipates that the Defendants will object to the relief sought in this motion.

Unlike the Plaintiffs' two (2) previous requests for additional time, this instant motion is being presented in response to disconcerting issues recently raised by the Defendants relative to the claims being made by Ms. Giannakova in this action.[2]

---

[1] On the afternoon of Friday, February 27, 2004, undersigned counsel learned that the Defendants in this matter were strongly weighing the merits of pursuing sanctions against this plaintiff and/or undersigned counsel. On March 3, 2004, Defendants' counsel confirmed to the undersigned through an e-mail communication that the Defendants were, in fact, going to pursue a motion for sanctions for the reimbursement of fees and costs against plaintiff and/or her attorney relative to the discovery pursued on Marina Giannakova's 's case. It was further represented that the Defendants are seeking the sanctions so that this Court can make a determination as to the appropriate party responsible for payment of the same.

[2] As of the filing of this Third Motion for Enlargement of Time, undersigned has not received the motion for sanctions and has not had the opportunity to review, study or otherwise contemplate a response to the same. While undersigned counsel is presently predisposed to objecting to the same, without knowing,

*Left margin annotation:* AS THE PLAINTIFFS HAVE FILED THEIR OPPOSITION MEMORANDA.

*Left margin annotation:* DENIED AS MOOT, Alfred V. Covello, U.S.D.J.

*Left margin annotation:* July 14, 2004. SO ORDERED.