

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| TWANYA PRESLEY<br>MARINA GIANNAKOVA<br>SOFIA TSAHARIDES<br>(Plaintiffs)<br><br>V.<br><br>PEPPERIDGE FARMS, INC.<br>a subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | CIVIL ACTION 2004 APR 15 A 11: 10<br>NO.:3:02CV2157(AVA)<br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br><br><br><br><br><br>APRIL 13, 2004 |

### MARINA GIANNAKOVA'S MOTION FOR A VOLUNTARY DISMISSAL OF CLAIMS *WITH PREJUDICE*

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, Marina Giannakova, motions this Court seeking a voluntary dismissal *with prejudice* of all claims she previously brought against the Defendants in the above captioned action.

Undersigned counsel represents that opposing counsel consents *in principle* to the granting of this motion. However, the Defendants are reserving their consent to Ms. Giannakova's voluntary dismissal of claims until which time an adjudication is made with respect to a pending Rule 37 motion for sanctions.[1]

**WHEREFORE**, Marina Giannakova seeks to have her claims dismissed as to all Defendants in this matter and no longer be considered a Plaintiff in this matter.

August 20, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 AUG 20 P 5: 56
U.S. DISTRICT COURT
HARTFORD, CT

---

[1] This conditional consent was further represented to this Court by Attorney Reilly during a telephonic status conference with this Court on April 4, 2004.