UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY<br>(Plaintiff) | CIVIL ACTION<br>NO.: 3:02CV2157(AVC) |
| V. | |
| PEPPERIDGE FARMS, INC.<br>A subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | APRIL 5, 2005 |

FILED 2005 APR -7 A 10:30 US DISTRICT COURT HARTFORD CT

## PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the Plaintiff, Twanya Presley moves for an enlargement of time up to and including April 18, 2005, within which to submit her portion of the Joint Trial Memorandum due before this Court on April 11, 2005.

This request for additional time is being made due to undersigned counsel's recent unavailability to intelligently draft said memorandum as a result of his personal and extremely difficult dissolution action which is scheduled for trial at the Superior Court's Regional Family Trial Docket at Middletown on April 11-13, 2005.

Undersigned discussed this request with Defendants' counsel on even date and Ms. Reilly indicated that she neither consented nor objected to this request.

**WHEREFORE**, Plaintiff's counsel seeks an additional seven (7) days to comply with this Court's Order dated March 10, 2005.

PLAINTIFF

TWANYA PRESLEY

By: _____
John I. Bolton, Esq., ct08892
E-mail: jbolton@ispwest.com
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Their Attorney

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via U.S. Mail, first class, postage pre-paid this 5th day of April, 2005 to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton, Esq. ct08892

2