UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TWANYA PRESLEY<br>(Plaintiff) | CIVIL ACTION<br>NO.: 3:02CV2157(AVC) |
| V. | |
| PEPPERIDGE FARMS, INC.<br>A subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants) | APRIL 5, 2005 |

### PLAINTIFF'S FIRST MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the Plaintiff, Twanya Presley moves for an enlargement of time up to and including April 18, 2005, within which to submit her portion of the Joint Trial Memorandum due before this Court on April 11, 2005.

This request for additional time is being made due to undersigned counsel's recent unavailability to intelligently draft said memorandum as a result of his personal and extremely difficult dissolution action which is scheduled for trial at the Superior Court's Regional Family Trial Docket at Middletown on April 11-13, 2005.

Undersigned discussed this request with Defendants' counsel on even date and Ms. Reilly indicated that she neither consented nor objected to this request.

*April 8, 2005. Granted to and including April 8, 2005.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*