# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| | \* | |
| TWANYA PRESLEY, MARINA | \* | CIVIL ACTION |
| GIANNAKOVA and SOFIA | \* | |
| TSAHARIDES | \* | NO: 3:02CV2157(AVC) |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| PEPPERIDGE FARMS, INC., a subsidiary | \* | |
| of THE CAMPBELL SOUP COMPANY, | \* | |
| THE CAMPBELL SOUP COMPANY and | \* | |
| ROBERT AROCHO, Individually | \* | |
| | \* | |
| Defendants. | \* | April 26, 2005 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>PLAINTIFF'S  NOTICE OF LATE FILING</u>

Undersigned counsel respectfully represents that Plaintiff's Joint Trial Memorandum is being forwarded by mail eight (8) days beyond the date it was represented it would be filed in a recent motion for enlargement of time.

The delay in completing the Joint Trial Memorandum is solely related to the basis under which undersigned previously sought an enlargement of time to complete this task.  It should be noted that this unfortunate delay has likely inconvenienced the Defendants. Therefore, to the extent that it is requested, and given the representations contained herein, undersigned would have no objection to Defendants modifying their portions of the Joint Trial Memorandum in response to Plaintiff's submission.

THE PLAINTIFF

TWANYA PRESLEY

BY: _____
        John I. Bolton **ct 08892**
        The Bolton Law Firm, P.C.
        360 Fairfield Avenue, Suite 200
        Bridgeport, CT  06604
        Telephone: (203) 362-1955
        Facsimile:  (203) 362-1954
        E-mail: jbolton@ispwest.com
        Her Attorney

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was sent via first class United States mail this **26th day of April, 2005** to all counsel of record and pro se parties, as follows:

Patricia E. Reilly
Elizabeth K. Andrews
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06509-1910

_____
John I. Bolton **ct08892**

2