UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Presley, et al.,
  Plaintiffs,

vs.

Pepperidge Farms, Inc. et al.,
  Defendants.

Civil No. 3:02CV2157(AVC)

## ORDER OF REFERRAL FOR SETTLEMENT DISCUSSIONS

The above-identified case is hereby referred to the Honorable Thomas P. Smith, for purposes of settlement discussions. A settlement conference shall take place in accordance with Judge Smith's orders.

It is so ordered this 26th day of May, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge