02CV2157stipd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED



| | |
|---|---|
| TWANYA PRESLEY<br>(Plaintiff) | CIVIL ACTION 2005 OCT 17 P 2:26<br>NO.:3:02CV2157(AVC) |
| V. | |
| PEPPERIDGE FARMS, INC.<br>A subsidiary of THE CAMPBELL<br>SOUP COMPANY<br>THE CAMPBELL SOUP<br>COMPANY<br>(Defendants), et al | OCTOBER 6, 2005 |

## PARTIES' STIPULATION OF RULE 41 VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties in the above entitled matter stipulate to and seek the voluntary dismissal *with prejudice* of all claims Plaintiff, Twanya Presley maintains against all the defendants in the above entitled matter.

**WHEREFORE**, Twanya Presley seeks to have her claims dismissed as to all Defendants in this matter as the matter has been fully resolved as between all parties.

PLAINTIFF,
TWANYA PRESLEY

BY /s/ John I. Bolton
John I. Bolton, Esq. Ct 08892
E:mail: jbolton@ispwest.com
The Bolton Law Firm, P.C.
360 Fairfield Avenue, Suite 200
Bridgeport, CT 06604-3911
Telephone: (203) 362-1955
Facsimile: (203) 362-1954
Her Attorney

DEFENDANTS
PEPPERIDGE FARMS, INC., a subsidiary of
The Campbell Soup Company
THE CAMPBELL SOUP COMPANY
ROBERTO AROCHO

BY /s/ Patricia E. Reilly
Patricia E. Reilly ct08352
E-mail: reilly@tylercooper.com
TYLER COOPER & ALCORN, LLP
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06510-1910
Phone: (203) 784-8200
Facsimile: (203) 865-7865
Their Attorney

SO ORDERED.
Alfred V. Covello, U.S.D.J.
October 20, 2005.